Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−34288−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Teodoro F Arocho Jr.
  aka Teodoro F Arocho− Ramos, aka Ted F
  Arocho, aka Teodoro F Arocho
  35 Adelphi Trail
  Hopatcong, NJ 07843

Social Security No.:
  xxx−xx−8378

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 4, 2019.

On 12/13/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:           January 23, 2020
Time:           08:30 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 16, 2019
JAN: sjp

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                       Case No. 18-34288-JKS
Teodoro F Arocho, Jr.                                        Chapter 13
       Debtor               CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin               Page 1 of 5           Date Rcvd: Dec 16, 2019
                             Form ID: 185              Total Noticed: 152


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2019.
db             +Teodoro F Arocho, Jr.,    35 Adelphi Trail,    Hopatcong, NJ 07843-1766
517915710      +Aaron's,    3636 Virginia Beach Blvd., #107A,    Virginia Beach, VA 23452-3400
517915711      +Aarons Rental Purchase,    846 Saxton Blvd.,    Orange City, FL 32763-8213
517915712      +Aarons Sales and Lease Ownership,    295 US Highway #46,    Rockaway, NJ 07866-3823
517915713      +Cablevision,    PO Box 9202,   Uniondale, NY 11555-9202
517981745       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517915725      +Cenlar,    P0 Box 77404,   Ewing, NJ 08628-6404
517915726      +Cenlar Loan Administration and Reporting,    PO Box 77409,    Ewing, NJ 08628-6409
517915738      +EZ Pass,    PO Box 52005,   Newark, NJ 07101-8205
517915739      +EZ Pass,    NJ Service Center,   375 McCarter Highway,    Newark, NJ 07114-2563
517915740      +Faloni and Associates,    165 Passaic Avenue,    Suite 301B,   Fairfield, NJ 07004-3592
517915741      +Faloni and Associates PC,    165 Passaic Avenue,    Suite 301B,   Fairfield, NJ 07004-3592
517915742      +First Energy Solutions Group,    PO Box 3622,    Akron, OH 44309-3622
517915743      +First Home Bank,    1441 L Street Nw,    Washington, DC 20416-0001
517915747      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
517915745      +First Premier Bank,    Attn: Bankruptcy,    P0 Box 5524,   Sioux Falls, SD 57117-5524
517915749      +First Premier Bank,    Attn: Correspondence Department,     PO Box 5525,
                 Sioux Falls, SD 57117-5525
517915748       First Premier Bank,    PO Box 5147,    Sioux Falls, SD 57117-5147
517915757      +JCPL,    PO Box 188,   Allenhurst, NJ 07711-0188
517915756      +JCPL,    PO Box 16001,   Reading, PA 19612-6001
517915755     ++JERSEY CENTRAL POWER AND LIGHT COMPANY,    BUILDING 3,    331 NEWMAN SPRINGS ROAD,
                 RED BANK NJ 07701-6771
               (address filed with court: JCPL,    300 Madison Avenue,    Morristown, NJ 07960)
518010936      +Jersey Central Power & Light/FirstEnergy,    101 Crawford's Corner Rd Bldg,   #1 Suite 1-511,
                 Holmdel, NJ 07733-1980
517915761      +KML Law Group,    701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
517915762      +KML Law Group PC,    216 Hadden Avenue,    Suite 406,   Westmont, NJ 08108-2812
517915758      +Kessler,    P0 Box 827832,   Philadelphia, PA 19182-7832
517915770       LVNV Funding/Resurgent Capital,    C/o Resurgent Capital Services,   Greenville, SC 29602
517915772      +Lyons, Doughty , & Veldhuis, PC,    136 Gaither Drive, Suite 100,   Mount Laurel, NJ 08054-2239
517915771      +Lyons, Doughty & Veldhuis, PC,    136 Gaither Drive, Suite 100,    PO Box 1269,
                 Mount Laurel, NJ 08054-7269
517915773       Majestic Lake Financial,    635 East Highway 20, K,    Upper Lake, CA 95485
517915778      +Midland Funding,    P0 Box 2001,    Warren, MI 48090-2001
517915780       NJ EZ Pass Violation Processing Center,    P0 Box 52005,    Newark, NJ 07101-8205
518033098       NewRez Mortgage LLC d/b/a Shellpoint Mtg Servicing,     NewRez LLC DBA Shellpoint Mortgage Servi,
                 PO Box 10826,   Greenville SC 29603-0826
518616820      +Newrez LLC D/B/A Shellpoint Mortgage Servicing,     RAS Citron LLC,   130 Clinton Road, Suite 202,
                 Fairfield NJ 07004-2927
517915790       PSEG,    PO Box 14104,   New Brunswick, NJ 08906-4104
517915786      +Pressler And Pressler, Attorneys,    7 Entin Road,    Parsippany, NJ 07054-5020
517915787      +Pressler, Felt, & Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
517915789      +Pressler, Felt, & Warshaw, LLP ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
517915793      +Remex,    Attn: Bankruptcy,   307 Wall Street,    Princeton, NJ 08540-1515
517915794      +Remex , Inc.,    307 Wall Street,    Princeton, NJ 08540-1515
517915800      +Remex, Inc.,    PO Box 457,   Rocky Hill, NJ 08553-0457
517915803      +Rent-A-Center,    14 Bassett Highway,    Suite 16,   Dover, NJ 07801-3902
517915804      +Resurgent,    PO Box 1410,   Troy, MI 48099-1410
517915810      +Saint Clare's Health System,    PO Box 35577,    Newark, NJ 07193-0001
517915812      +Saint Clares Hospital,    PO Box 35577,    Newark, NJ 07193-0001
517915811      +Saint Clares Hospital,    25 Pocno Road,    Denville, NJ 07834-2954
517915814      +Shellpoint Mortgage,    55 Beattie Place,    Greenville, SC 29601-2165
517915815      +Shellpoint Mortgage,    PO Box 740039,    Cincinnati, OH 45274-0039
517915816      +Shellpoint Mortgage Service,    55 Beattie Place Ste 110,    Greenville, SC 29601-5115
517915817      +Shellpoint Mortgage Service LLC,    PO Box 10826,    Greenville, SC 29603-0826
517915818      +Shellpoint Mortgage Service LLC Company,    PO Box 10826,    Greenville, SC 29603-0826
517915829      +Small Business Administration,    200 W Santa Ana Blvd.,    Ste 700,   Santa Ana, CA 92701-7545
517915832      +Spotloan,    PO Box 720,   Belcourt, ND 58316-0720
517915831      +Spotloan,    PO Box 927,   Palatine, IL 60078-0927
517915841      +Summit Medical Group,    PO Box 8549,    Belfast, ME 04915-8549
517915842      +Summit Medical Group,    P0 Box 167,    Newark, NJ 07101-0167
517915839      +Summit Medical Group,    PO Box 1005,    Summit, NJ 07902-1005
517915840      +Summit Medical Group,    1 Diamond Hill Road,    Berkeley Heights, NJ 07922-2104
517915853       TD bank,    PO Box 84037,   Fortson, GA 31808
517915855      +U.S. Department of the Treasury,    3700 East West Highway,    Hyattsville, MD 20782-2092
517915856       US Dept of Treasury,    PO Box 83074,    Birmingham, AL 35283
517915857      +US Dept. of Treasury,    3700 E West Hwy,    Room 600B,   Hyattsville, MD 20782-2015
517915860      +VBS Amplify Funding,    PO Box 542,    Lac Du Flambeau, WI 54538-0542
517915863     ++WELLS FARGO,    P O BOX 9210,   DES MOINES IA 50306-9210
               (address filed with court: Wells Fargo,    P0 Box 10438,    Des Moines, IA 50306)
517915862      +We Florida Financial,    Po Box 77404,    Ewing, NJ 08628-6404
517915861      +We Florida Financial,    Attn: Bankruptcy,    Po Box 14548,   Fort Lauderdale, FL 33302-4548
517915865       Wells Fargo Bank,    PO Box 1225,    Charlotte, NC 28201-1225
```

```
District/off: 0312-2          User: admin              Page 2 of 5                Date Rcvd: Dec 16, 2019
                              Form ID: 185             Total Noticed: 152


517915864      +Wells Fargo Bank,    7000 Vista Drive,    West Des Moines, IA 50266-9310
517915867       Wells Fargo Card Services,    PO Box 10347,    Des Moines, IA 50306-0347
517915868      +Wells Fargo Card Services,    PO Box 6412,    Carol Stream, IL 60197-6412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 16 2019 23:46:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 16 2019 23:46:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2019 23:52:40
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517915719       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 16 2019 23:52:44      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517915721       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 16 2019 23:53:56      Capital One,
                 PO Box 85015,    Richmond, VA 23285-5015
517915723       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 16 2019 23:53:55      Capital One Bank,
                 15000 Capital One Drive,    Richmond, VA 23238
517915714      +E-mail/Text: bcwrtoff@cablevision.com Dec 16 2019 23:47:10      Cablevision,
                 1101 Stewart Avenue,    Bethpage, NY 11714-3580
517915715      +E-mail/Text: bcwrtoff@cablevision.com Dec 16 2019 23:47:10      Cablevision,   P0 Box 371378,
                 Pittsburgh, PA 15250-7378
517915717      +E-mail/Text: bcwrtoff@cablevision.com Dec 16 2019 23:47:10      Cablevision,   PO Box 371897,
                 Pittsburgh, PA 15250-7897
517915716       E-mail/Text: bcwrtoff@cablevision.com Dec 16 2019 23:47:10      Cablevision,   6 Corporate Drive,
                 Melville, NY 11747
517915720      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 16 2019 23:52:46      Capital One,
                 PO Box 85617,    Richmond, VA 23285-5617
517915718      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 16 2019 23:53:55      Capital One,
                 Attn: Bankruptcy,    P0 Box 30285,    Salt Lake City, UT 84130-0285
517915722      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 16 2019 23:53:55      Capital One Bank,
                 PO Box 70884,    Charlotte, NC 28272-0884
517915724      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 16 2019 23:52:45
                 Capital One Bank ( USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517915727      +E-mail/Text: convergent@ebn.phinsolutions.com Dec 16 2019 23:46:52      Convergant Outsourcing,
                 PO Box 9004,    Renton, WA 98057-9004
517915729      +E-mail/Text: convergent@ebn.phinsolutions.com Dec 16 2019 23:46:52
                 Convergent Outsourcing, Inc.,    800 Sw 39th St,    Renton, WA 98057-4927
517915728      +E-mail/Text: convergent@ebn.phinsolutions.com Dec 16 2019 23:46:52
                 Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    P0 Box 9004,   Renton, WA 98057-9004
517915730      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 16 2019 23:52:51      Credit One Bank,
                 P0 Box 98872,    Las Vegas, NV 89193-8872
517915731      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 16 2019 23:53:27      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
517915732      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 16 2019 23:52:51      Credit One Bank,
                 P0 Box 80015,    Los Angeles, CA 90080-0015
517915735       E-mail/Text: mrdiscen@discover.com Dec 16 2019 23:45:42      Discover,   PO Box 30943,
                 Salt Lake City, UT 84130
517915737       E-mail/Text: mrdiscen@discover.com Dec 16 2019 23:45:42      Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
517915733       E-mail/Text: mrdiscen@discover.com Dec 16 2019 23:45:42      Discover,   PO Box 5044,
                 Sandy, UT 84091-5044
517915734       E-mail/Text: mrdiscen@discover.com Dec 16 2019 23:45:42      Discover,   PO Box 5019,
                 Sandy, UT 84091-5019
517925743       E-mail/Text: mrdiscen@discover.com Dec 16 2019 23:45:42      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517915736      +E-mail/Text: mrdiscen@discover.com Dec 16 2019 23:45:42      Discover Financial,   P0 Box 3025,
                 New Albany, OH 43054-3025
517915744      +E-mail/Text: Bankruptcies@FirstHomeBank.com Dec 16 2019 23:47:31      First Home Bank,
                 Attn: Deposit Operations,    9190 Seminole Blvd,    Seminole, FL 33772-3148
517915752      +E-mail/Text: collections@greentrustcash.com Dec 16 2019 23:47:05      Greentrust Cash LLC,
                 PO Box 340,    Hays, MT 59527-0340
517915753      +E-mail/Text: lori.rudolph@atlantichealth.org Dec 16 2019 23:46:49
                 Hackettstown Regional Medical Center,    651 Willow Grove Street,    Hackettstown, NJ 07840-1797
517915759      +E-mail/Text: SM-Rehab-Bankruptcies@selectmedical.com Dec 16 2019 23:47:17      Kessler,
                 P0 Box 827914,    Philadelphia, PA 19182-7914
517915760      +E-mail/Text: SM-Rehab-Bankruptcies@selectmedical.com Dec 16 2019 23:47:17
                 Kessler Institute for Rehabilitation,    1199 Pleasant Valley Way,    West Orange, NJ 07052-1499
517915763      +E-mail/Text: bncnotices@becket-lee.com Dec 16 2019 23:45:49      Kohl’s,   PO Box 3004,
                 Milwaukee, WI 53201-3004
517915764      +E-mail/Text: bncnotices@becket-lee.com Dec 16 2019 23:45:49      Kohl’s,   PO Box 2983,
                 Milwaukee, WI 53201-2983
517915765      +E-mail/Text: bncnotices@becket-lee.com Dec 16 2019 23:45:49      Kohls /Capital One,
                 P0 Box 3115,    Milwaukee, WI 53201-3115
517915766      +E-mail/Text: bncnotices@becket-lee.com Dec 16 2019 23:45:50      Kohls/Capital One,
                 Kohls Credit,    P0 Box 3120,    Milwaukee, WI 53201-3120
517915768       E-mail/Text: krivera@leadersfc.com Dec 16 2019 23:45:36      Leaders Financial Company,
                 21 Commerce Drive Floor 1,    Cranford, NJ 07016
517931628       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 16 2019 23:54:08      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-2            User: admin             Page 3 of 5             Date Rcvd: Dec 16, 2019
                                Form ID: 185            Total Noticed: 152


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517915769      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 16 2019 23:52:57
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    P0 Box 10497,
                 Greenville, SC 29603-0497
517915767      +E-mail/Text: krivera@leadersfc.com Dec 16 2019 23:45:36      Leaders Financial,
                 21 Commerce Drive,   Cranford, NJ 07016-3519
517915775      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 16 2019 23:46:31      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517915776      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 16 2019 23:46:31      Midland Funding,
                 2365 Northside Drive,   San Diego, CA 92108-2709
517915777      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 16 2019 23:46:31      Midland Funding,
                 Attn: Bankruptcy,    P0 Box 939069,    San Diego, CA 92193-9069
517915774      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 16 2019 23:46:31      Midland Funding,
                 2365 Northside Drive Ste 300,    San Diego, CA 92108-2709
518001025      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 16 2019 23:46:31      Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517915782       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 16 2019 23:53:22
                 Portfolio Recovery,    120 Corporate Blvd Ste 100,   Norfolk, VA 23502
517915784       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 16 2019 23:53:34
                 Portfolio Recovery,    140 Corporate Blvd.,    Norfolk, VA 23502
517915783       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 16 2019 23:52:48
                 Portfolio Recovery,    Attn: Bankruptcy,    P0 Box 41067,   Norfolk, VA 23541
518035262       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 16 2019 23:53:59
                 Portfolio Recovery Associates, LLC,    C/Ocapital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
517915792      +E-mail/Text: bankruptcy@pseg.com Dec 16 2019 23:45:37       PSEG,   PO Box 490,
                 Cranford, NJ 07016-0490
517915791       E-mail/Text: bankruptcy@pseg.com Dec 16 2019 23:45:37       PSEG,   PO Box 790,
                 Cranford, NJ 07016-0790
517915781      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 16 2019 23:54:13
                 Portfolio Recovery,    P0 Box 41021,   Norfolk, VA 23541-1021
517915785      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 16 2019 23:52:48
                 Portfolio Recovery Associates, L.L.C.,     PO Box 12914,   Norfolk, VA 23541-0914
517950735      +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 16 2019 23:46:44      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,     Po Box 7999,   Saint Cloud Mn 56302-7999
517915807      +E-mail/Text: bkrpt@retrievalmasters.com Dec 16 2019 23:46:31      RMCB,   PO Box 1234,
                 Elmsford, NY 10523-0934
517915808      +E-mail/Text: bkrpt@retrievalmasters.com Dec 16 2019 23:46:31      RMCB,   PO Box 1235,
                 Elmsford, NY 10523-0935
517915809      +E-mail/Text: bkrpt@retrievalmasters.com Dec 16 2019 23:46:31      RMCB Collections,
                 2269 South Sawmill River Rd., Bldg. 3,    Elmsford, NY 10523-3848
517915801      +E-mail/Text: bankruptcy@rentacenter.com Dec 16 2019 23:47:16      Rent A Center,
                 5501 Headquarters Drive,    Plano, TX 75024-5845
517915805      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 16 2019 23:52:57      Resurgent Capital,
                 PO Box 10587,   Greenville, SC 29603-0587
517915806      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 16 2019 23:52:55
                 Resurgent Capital Services, L.P.,    15 S. Main St., Ste. 600,   Greenville, SC 29601-2768
517915813      +E-mail/Text: birminghamtops@sba.gov Dec 16 2019 23:46:51      SBA,   801 Tom Martin Drive,
                 Suite 120,   Birmingham, AL 35211-6424
517915835       E-mail/Text: appebnmailbox@sprint.com Dec 16 2019 23:46:29      Sprint,   6360 Sprint Parkway,
                 Overland Park, KS 66251
517915836       E-mail/Text: appebnmailbox@sprint.com Dec 16 2019 23:46:30      Sprint,   PO Box 219554,
                 Kansas City, MO 64121
517915834       E-mail/Text: bmg.bankruptcy@centurylink.com Dec 16 2019 23:46:40      Sprint,   PO Box 530503,
                 Atlanta, GA 30353
517915833       E-mail/Text: appebnmailbox@sprint.com Dec 16 2019 23:46:30      Sprint,   PO Box 62071,
                 Baltimore, MD 21264
517915819      +E-mail/Text: clientservices@simonsagency.com Dec 16 2019 23:47:07      Simons Agency,
                 Attn: Bankruptcy,    4963 Wintersweet Drive,   Liverpool, NY 13088-2176
517915820      +E-mail/Text: clientservices@simonsagency.com Dec 16 2019 23:47:07      Simons Agency Inc,
                 3713 Brewerton Road Ste 1,    Syracuse, NY 13212-3843
517915821      +E-mail/Text: clientservices@simonsagency.com Dec 16 2019 23:47:07      Simons Agency Inc,
                 4963 Wintersweet Drive,   Liverpool, NY 13088-2176
517915830      +E-mail/Text: birminghamtops@sba.gov Dec 16 2019 23:46:52      Small Business Adminstration,
                 801 Tom Martin Drive,    Suite 120,   Birmingham, AL 35211-6424
517915837      +E-mail/Text: appebnmailbox@sprint.com Dec 16 2019 23:46:30      Sprint Customer Service,
                 P0 Box 8077,   London, KY 40742-8077
517915838      +E-mail/Text: appebnmailbox@sprint.com Dec 16 2019 23:46:30      Sprint PCS,   PO Box 105243,
                 Atlanta, GA 30348-5243
517915846      +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2019 23:52:49      Synchrony Bank,   PO Box 530927,
                 Atlanta, GA 30353-0927
517915844      +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2019 23:52:49      Synchrony Bank,
                 Attn: Bankruptcy Dept.,    P0 Box 965060,    Orlando, FL 32896-5060
517915843      +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2019 23:53:21      Synchrony Bank,
                 Attn: Bankruptcy Dept.,    P0 Box 965061,    Orlando, FL 32896-5061
517918796      +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2019 23:52:40      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517915849      +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2019 23:52:48      Synchrony Bank,   PO Box 960013,
                 Orlando, FL 32896-0013
```

```
District/off: 0312-2          User: admin              Page 4 of 5               Date Rcvd: Dec 16, 2019
                              Form ID: 185             Total Noticed: 152


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517915847      +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2019 23:52:50      Synchrony Bank,    PO Box 965013,
                 Orlando, FL 32896-5013
517915848      +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2019 23:53:23      Synchrony Bank,    PO Box 965015,
                 Orlando, FL 32896-5015
517915845      +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2019 23:53:25      Synchrony Bank,    PO Box 965036,
                 Orlando, FL 32896-5036
517915851      +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2019 23:52:40      Synchrony Bank/Walmart,
                 Po Box 965024,    Orlando, FL 32896-5024
517915852       E-mail/Text: bankruptcy@td.com Dec 16 2019 23:46:36      TD Bank,    PO Box 8400,
                 Lewiston, ME 04243
517915854       E-mail/Text: bankruptcy@td.com Dec 16 2019 23:46:36      Td Bank N.a.,    32 Chestnut Street,
                 Lewiston, ME 04240
517915858      +E-mail/Text: birminghamtops@sba.gov Dec 16 2019 23:46:52      US Small Business Adminisration,
                  Birmingham Disaster Loan Servicing Ctr,    801 Tom Martin Drive,    Suite 120,
                 Birmingham, AL 35211-6424
517915859      +E-mail/Text: birminghamtops@sba.gov Dec 16 2019 23:46:52      US Small Business Administration,
                  801 Tom Martin Drive,    Birmingham, AL 35211-6424
                                                                                               TOTAL: 83


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    RAS Citron LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517915751*     +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
517915750*     +First Premier Bank,    3820 N Louise Avenue,    Sioux Falls, SD 57107-0145
517915746*     +First Premier Bank,    Attn: Bankruptcy,    P0 Box 5524,    Sioux Falls, SD 57117-5524
517915754*    ++JERSEY CENTRAL POWER AND LIGHT COMPANY,    BUILDING 3,    331 NEWMAN SPRINGS ROAD,
                 RED BANK NJ 07701-6771
                (address filed with court:    JCPL,    PO Box 3687,    Akron, OH 44309)
517915779*     +Midland Funding Co. Inc.,    2365 Northside Drive Ste 30,    San Diego, CA 92108-2709
517915788*     +Pressler, Felt, & Warshaw, LLP,     7 Entin Road,    Parsippany, NJ 07054-5020
517915795*     +Remex Inc,    Attn: Bankruptcy,    307 Wall Street,    Princeton, NJ 08540-1515
517915796*     +Remex Inc,    Attn: Bankruptcy,    307 Wall Street,    Princeton, NJ 08540-1515
517915797*     +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517915798*     +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517915799*     +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517915802*     +Rent A Center Inc.,    5501 Headquarters Drive,    Plano, TX 75024-5845
517915824*     +Simons Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517915825*     +Simons Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517915826*     +Simons Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517915827*     +Simons Agency, Inc.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517915822*     +Simons Agency, Inc.,    Attn: Bankruptcy,    4963 Wintersweet Drive,    Liverpool, NY 13088-2176
517915823*     +Simons Agency, Inc.,    Attn: Bankruptcy,    4963 Wintersweet Drive,    Liverpool, NY 13088-2176
517915828*     +Simons Agency, Incorporated,    Attn: Bankruptcy,    4963 Wintersweet Drive,
                 Liverpool, NY 13088-2176
517915850*     +Synchrony Bank,    Po Box 965015,    Orlando, FL 32896-5015
517915866     ##+Wells Fargo Bank,    PO Box 28724,    Kansas City, MO 64188-8724
                                                                                               TOTALS: 0, * 21, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                 Page 5 of 5            Date Rcvd: Dec 16, 2019
                              Form ID: 185                Total Noticed: 152
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Teodoro F Arocho, Jr. herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Shauna M Deluca    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               sdeluca@rasflaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```