UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond**
**Attorneys at Law**
**7 Glenwood Avenue, 4TH Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711;**
**Email: herbertraymond@gmail.com**
**Herbert B. Raymond #HR-1379**
**Jeffrey M. Raymond**
**Kevin L. de Lyon**
**Attorneys for the Debtor(s)**

Order Filed on January 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 18-34288 (JKS) |
| | Adv. No.: |
| | Hearing Date: |
| TEODORO AROCHO, JR.  DEBTOR(S) | Judge: JOHN SHERWOOD |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: January 6, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Teodoro Arocho, Jr.  Debtor(s)

Case no. 18-34288 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$700.00** for services rendered and expenses in the amount **N/A**  for a total of **$700.00**.  The allowance shall be payable

    ___XXXX___  through the Chapter 13 plan as an administrative priority.

    _____ outside the plan.

    This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.