UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RAS Citron, LLC
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Shauna Deluca, Esq. (SD-8248)

In Re:

Teodoro F Arocho, Jr.

*aka* **Teodoro F Arocho- Ramos**

*aka* **Ted F Arocho**

*aka* **Teodoro F Arocho,**

    Debtor.

Order Filed on March 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    18-34288-JKS

Chapter:    13

Hearing Date: February 13, 2020

Judge:    John K. Sherwood

**AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF
FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: March 6, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**

Secured Creditor: NewRez LLC d/b/a Shellpoint Mortgage Servicing

Secured Creditor's Counsel: RAS Citron, LLC

Debtor's Counsel: Kevin Delyon, Esq.

Property Involved ("Collateral"): 35 Adelphi Trail, Hopatcong, NJ 07843

Relief sought:        ■ Motion for relief from the automatic stay

For good cause shown, it is **ORDERED** that Secured Creditor's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ■ The Debtor is overdue for 5 months from September 1, 2019 through January 1, 2020.

    ■ The Debtor is overdue for 5 payments from September 1, 2019 through January 1, 2020 at $1,880.27 per month.

    Funds Held In Suspense $1,839.56

    Total Arrearages Due $7,561.79

2. Debtor must cure all post-petition arrearages, as follows:

    ■ Debtor has been accepted into the Court's Loss Mitigation Program, and shall continue to tender regular monthly mortgage payments in the amount of $1,875.29 beginning on February 1, 2020 while his application for Loss Mitigation is pending.

    ■ Beginning on February 15, 2020, monthly cure payments shall be made directly to Secured Creditor in the amount of $840.20 for eight (8) months, with a ninth (9) and final payment in the amount of $840.19 on October 15, 2020.

    ■ In the event a Loan Modification is approved prior to October 15, 2020, or the date the final cure payment comes due, all outstanding post-petition arrears reflected in this Order will be capitalized into the Loan Modification without further demand by Secured Creditor.

3. Payments to the Secured Creditor shall be made to the following address(es):

    □ Regular monthly payment:  NewRez LLC d/b/a Shellpoint Mortgage Servicing
                                PO Box 10826
                                Greenville, South Carolina 29603-0826

☐ Monthly cure payment:      NewRez LLC d/b/a Shellpoint Mortgage Servicing
PO Box 10826
Greenville, South Carolina 29603-0826

4. In the event of Default:

■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

■ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

5. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00 and costs of $181.00.

The fees and costs are payable:

■ Through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order.

_____        /s/ Shauna Deluca_____
Kevin Delyon, Esq.                    Shauna Deluca, Esq.
*Attorney for Debtor*                 *Attorney for Secured Creditor*
Date:                                 Date: February 7, 2020