# RAYMOND & RAYMOND
Attorneys at Law

Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.

7 Glenwood Avenue, 4th Fl., Ste. 408
East Orange, NJ 07017
Telephone (973) 675-5622
Facsimile (408) 519-6711

Email: herbertraymond@gmail.com
Website: www.bankruptcylaw123.com

March 9, 2020

```
Honorable John Sherwood, U.S.B.J.
U.S. Bankruptcy Court
50 Walnut St., 3rd Floor
Newark, NJ 07102

     Re: Teodoro Arocho, Debtor(s)
         18-34288
         Chapter 13
         Proceeding: Trustee Default Certification
         Hearing Date: To Be Determined

Dear Judge Sherwood:

     Please accept this letter in opposition to the above matter.

     The certification states debtor is $800 in arrears through
February with the trustee. This appears to be correct. We have
been unable to make contact with the debtor in order to file a
formal response to the matter and the deadline to respond is
today. Nevertheless, the arrears are relatively small and we
believe debtor would be able to continue the plan.

      Therefore, I would request that the court schedule a
hearing on the matter.

                              Respectfully submitted,

                              /S/ HERBERT B. RAYMOND, ESQ.
                              ------------------------------
                              HERBERT B. RAYMOND, ESQ.
```