**Order Filed on June 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor**
**East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711;
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379
Jeffrey M. Raymond
Kevin L. de Lyon
Attorneys for the Debtor(s)**

---

In Re:



TEODORO AROCHO, JR.  DEBTOR(S)

Case No.:  18-34288 (JKS)

Adv. No.:

Hearing Date:

Judge: JOHN SHERWOOD

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

    The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: June 2, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Teodoro Arocho, Jr.  Debtor(s)

Case no. 18-34288 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees

_____

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

   ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$999.99** for services rendered and expenses in the amount **N/A**  for a total of **$999.99**.  The allowance shall be payable

   ___XXXX___   through the Chapter 13 plan as an administrative priority.

   _____   outside the plan.

   This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.