Order Filed on June 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond**
**Attorneys at Law**
**7 Glenwood Avenue, 4TH Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711;**
**Email: herbertraymond@gmail.com**
**Herbert B. Raymond #HR-1379**
**Jeffrey M. Raymond**
**Kevin L. de Lyon**
**Attorneys for the Debtor(s)**

In Re:

TEODORO AROCHO, JR.  DEBTOR(S)

Case No.: 18-34288 (JKS)

Adv. No.:

Hearing Date:

Judge: JOHN SHERWOOD

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

    The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: June 2, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Teodoro Arocho, Jr.  Debtor(s)

Case no. 18-34288 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Raymond and Raymond, Esqs., the applicant, is allowed a fee of **$999.99** for services rendered and expenses in the amount **N/A**  for a total of **$999.99**.  The allowance shall be payable

    ___XXXX___  through the Chapter 13 plan as an administrative priority.

    _____  outside the plan.

    This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.

United States Bankruptcy Court
District of New Jersey

In re:  
Teodoro F Arocho, Jr.  
   Debtor

Case No. 18-34288-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 1  Date Rcvd: Jun 02, 2020  
        Form ID: pdf903  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2020.  
db  +Teodoro F Arocho, Jr.,  35 Adelphi Trail,  Hopatcong, NJ 07843-1766

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                           TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020             Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2020 at the address(es) listed below:  
    Denise E. Carlon  on behalf of Creditor  New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
    Herbert B. Raymond  on behalf of Debtor Teodoro F Arocho, Jr. herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com  
    Kevin Gordon McDonald  on behalf of Creditor  New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
    Marie-Ann Greenberg  magecf@magtrustee.com  
    Shauna M Deluca  on behalf of Creditor  NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@rasflaw.com  
    U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov  
                               TOTAL: 6