Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−34288−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Teodoro F Arocho Jr.
   aka Teodoro F Arocho− Ramos, aka Ted F
   Arocho, aka Teodoro F Arocho
   35 Adelphi Trail
   Hopatcong, NJ 07843

Social Security No.:
   xxx−xx−8378

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 4, 2019.

On 11/18/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:               December 10, 2020
Time:               08:30 AM
Location:           Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 19, 2020
JAN: smz

Jeanne Naughton
Clerk

Case 18-34288-JKS    Doc 83    Filed 11/21/20    Entered 11/22/20 00:18:21    Desc Imaged
Certificate of Notice    Page 2 of 9

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 18-34288-JKS

Teodoro F Arocho, Jr.                                                                                  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                                           Page 1 of 7
Date Rcvd: Nov 19, 2020                 Form ID: 185                                        Total Noticed: 153

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teodoro F Arocho, Jr., 35 Adelphi Trail, Hopatcong, NJ 07843-1766 |
| 517915710 | + | Aaron's, 3636 Virginia Beach Blvd., #107A, Virginia Beach, VA 23452-3400 |
| 517915711 | + | Aarons Rental Purchase, 846 Saxton Blvd., Orange City, FL 32763-8213 |
| 517915712 | + | Aarons Sales and Lease Ownership, 295 US Highway #46, Rockaway, NJ 07866-3823 |
| 517915713 | + | Cablevision, PO Box 9202, Uniondale, NY 11555-9202 |
| 517981745 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517915725 | + | Cenlar, P0 Box 77404, Ewing, NJ 08628-6404 |
| 517915726 | + | Cenlar Loan Administration and Reporting, PO Box 77409, Ewing, NJ 08628-6409 |
| 517915738 | + | EZ Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 517915739 | + | EZ Pass, NJ Service Center, 375 McCarter Highway, Newark, NJ 07114-2563 |
| 517915740 | + | Faloni and Associates, 165 Passaic Avenue, Suite 301B, Fairfield, NJ 07004-3592 |
| 517915741 | + | Faloni and Associates PC, 165 Passaic Avenue, Suite 301B, Fairfield, NJ 07004-3592 |
| 517915742 | + | First Energy Solutions Group, PO Box 3622, Akron, OH 44309-3622 |
| 517915743 | + | First Home Bank, 1441 L Street Nw, Washington, DC 20416-0001 |
| 517915747 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517915748 | | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 517915745 | + | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 517915749 | + | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 517915757 | + | JCPL, PO Box 188, Allenhurst, NJ 07711-0188 |
| 517915756 | + | JCPL, PO Box 16001, Reading, PA 19612-6001 |
| 517915755 | ++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688 address filed with court:, JCPL, 300 Madison Avenue, Morristown, NJ 07960 |
| 518010936 | + | Jersey Central Power & Light/FirstEnergy, 101 Crawford's Corner Rd Bldg, #1 Suite 1-511, Holmdel, NJ 07733-1980 |
| 517915761 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 517915762 | #+ | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517915758 | + | Kessler, P0 Box 827832, Philadelphia, PA 19182-7832 |
| 517915770 | | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 517915772 | + | Lyons, Doughty , & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 517915771 | + | Lyons, Doughty , & Veldhuis, PC, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 517915773 | | Majestic Lake Financial, 635 East Highway 20, K, Upper Lake, CA 95485 |
| 517915778 | + | Midland Funding, P0 Box 2001, Warren, MI 48090-2001 |
| 517915780 | | NJ EZ Pass Violation Processing Center, P0 Box 52005, Newark, NJ 07101-8205 |
| 518622892 | | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 518033098 | | NewRez Mortgage LLC d/b/a Shellpoint Mtg Servicing, NewRez LLC DBA Shellpoint Mortgage Servi, PO Box 10826, Greenville SC 29603-0826 |
| 518616820 | + | Newrez LLC D/B/A Shellpoint Mortgage Servicing, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 517915790 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 517915786 | + | Pressler And Pressler, Attorneys, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517915787 | + | Pressler, Felt, & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517915789 | + | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517915793 | + | Remex, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |

Case 18-34288-JKS    Doc 83    Filed 11/21/20    Entered 11/22/20 00:18:21    Desc Imaged
Certificate of Notice    Page 4 of 9

| District/off: 0312-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: 185 | Total Noticed: 153 |

| | | |
|---|---|---|
| 517915794 | + | Remex , Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915800 | + | Remex, Inc., PO Box 457, Rocky Hill, NJ 08553-0457 |
| 517915803 | + | Rent-A-Center, 14 Bassett Highway, Suite 16, Dover, NJ 07801-3902 |
| 517915804 | + | Resurgent, PO Box 1410, Troy, MI 48099-1410 |
| 517915810 | + | Saint Clare's Health System, PO Box 35577, Newark, NJ 07193-5577 |
| 517915812 | + | Saint Clares Hospital, PO Box 35577, Newark, NJ 07193-5577 |
| 517915811 | + | Saint Clares Hospital, 25 Pocno Road, Denville, NJ 07834-2954 |
| 517915814 | + | Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 517915815 | + | Shellpoint Mortgage, PO Box 740039, Cincinnati, OH 45274-0039 |
| 517915816 | + | Shellpoint Mortgage Service, 55 Beattie Place Ste 110, Greenville, SC 29601-5115 |
| 517915817 | + | Shellpoint Mortgage Service LLC, PO Box 10826, Greenville, SC 29603-0826 |
| 517915818 | + | Shellpoint Mortgage Service LLC Company, PO Box 10826, Greenville, SC 29603-0826 |
| 517915829 | + | Small Business Administration, 200 W Santa Ana Blvd., Ste 700, Santa Ana, CA 92701-7545 |
| 517915832 | + | Spotloan, PO Box 720, Belcourt, ND 58316-0720 |
| 517915831 | + | Spotloan, PO Box 927, Palatine, IL 60078-0927 |
| 517915841 | + | Summit Medical Group, PO Box 8549, Belfast, ME 04915-8549 |
| 517915842 | + | Summit Medical Group, P0 Box 167, Newark, NJ 07101-0167 |
| 517915839 | + | Summit Medical Group, PO Box 1005, Summit, NJ 07902-1005 |
| 517915840 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 517915853 | | TD bank, PO Box 84037, Fortson, GA 31808 |
| 517915855 | + | U.S. Department of the Treasury, 3700 East West Highway, Hyattsville, MD 20782-2092 |
| 517915856 | | US Dept of Treasury, PO Box 83074, Birmingham, AL 35283 |
| 517915857 | + | US Dept. of Treasury, 3700 E West Hwy, Room 600B, Hyattsville, MD 20782-2015 |
| 517915860 | + | VBS Amplify Funding, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 517915863 | ++ | WELLS FARGO, P O BOX 9210, DES MOINES IA 50306-9210 address filed with court:, Wells Fargo, P0 Box 10438, Des Moines, IA 50306 |
| 517915862 | + | We Florida Financial, Po Box 77404, Ewing, NJ 08628-6404 |
| 517915861 | + | We Florida Financial, Attn: Bankruptcy, Po Box 14548, Fort Lauderdale, FL 33302-4548 |
| 517915865 | | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |
| 517915864 | + | Wells Fargo Bank, 7000 Vista Drive, West Des Moines, IA 50266-9310 |
| 517915867 | | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 517915868 | + | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |

TOTAL: 70

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 19 2020 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 19 2020 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2020 23:59:08 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517915719 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 20 2020 00:00:48 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517915721 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 20 2020 00:00:47 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517915723 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 19 2020 23:59:11 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 517915714 | + | Email/Text: bcwrtoff@cablevision.com | Nov 19 2020 21:41:00 | Cablevision, 1101 Stewart Avenue, Bethpage, NY 11714-3580 |
| 517915715 | + | Email/Text: bcwrtoff@cablevision.com | Nov 19 2020 21:41:00 | Cablevision, P0 Box 371378, Pittsburgh, PA 15250-7378 |
| 517915717 | + | Email/Text: bcwrtoff@cablevision.com | Nov 19 2020 21:41:00 | Cablevision, PO Box 371897, Pittsburgh, PA 15250-7897 |
| 517915716 | | Email/Text: bcwrtoff@cablevision.com | | |

Case 18-34288-JKS    Doc 83    Filed 11/21/20    Entered 11/22/20 00:18:21    Desc Imaged
                              Certificate of Notice    Page 5 of 9

| District/off: 0312-2 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: 185 | Total Noticed: 153 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 19 2020 21:41:00 | Cablevision, 6 Corporate Drive, Melville, NY 11747 |
| 517915718 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Nov 19 2020 23:57:44 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 517915720 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Nov 20 2020 00:00:48 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517915722 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Nov 20 2020 00:00:48 | Capital One Bank, PO Box 70884, Charlotte, NC 28272-0884 |
| 517915724 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Nov 20 2020 00:00:48 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517915727 | + | Email/Text: convergent@ebn.phinsolutions.com | | |
| | | | Nov 19 2020 21:41:00 | Convergant Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 517915728 | + | Email/Text: convergent@ebn.phinsolutions.com | | |
| | | | Nov 19 2020 21:41:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, P0 Box 9004, Renton, WA 98057-9004 |
| 517915729 | + | Email/Text: convergent@ebn.phinsolutions.com | | |
| | | | Nov 19 2020 21:41:00 | Convergent Outsourcing, Inc., 800 Sw 39th St, Renton, WA 98057-4927 |
| 517915732 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Nov 19 2020 23:57:45 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 517915730 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Nov 19 2020 23:57:45 | Credit One Bank, P0 Box 98872, Las Vegas, NV 89193-8872 |
| 517915731 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Nov 19 2020 23:57:45 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517915735 | | Email/Text: mrdiscen@discover.com | | |
| | | | Nov 19 2020 21:40:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 517915737 | | Email/Text: mrdiscen@discover.com | | |
| | | | Nov 19 2020 21:40:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517915734 | | Email/Text: mrdiscen@discover.com | | |
| 517915733 | | Email/Text: mrdiscen@discover.com | Nov 19 2020 21:40:00 | Discover, PO Box 5019, Sandy, UT 84091-5019 |
| | | | Nov 19 2020 21:40:00 | Discover, PO Box 5044, Sandy, UT 84091-5044 |
| 517925743 | | Email/Text: mrdiscen@discover.com | | |
| | | | Nov 19 2020 21:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517915736 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Nov 19 2020 21:40:00 | Discover Financial, P0 Box 3025, New Albany, OH 43054-3025 |
| 517915744 | + | Email/Text: Bankruptcies@FirstHomeBank.com | | |
| | | | Nov 19 2020 21:41:00 | First Home Bank, Attn: Deposit Operations, 9190 Seminole Blvd, Seminole, FL 33772-3148 |
| 517915752 | + | Email/Text: collections@greentrustcash.com | | |
| | | | Nov 19 2020 21:41:00 | Greentrust Cash LLC, PO Box 340, Hays, MT 59527-0340 |
| 517915753 | + | Email/Text: lori.rudolph@atlantichealth.org | | |
| | | | Nov 19 2020 21:41:00 | Hackettstown Regional Medical Center, 651 Willow Grove Street, Hackettstown, NJ 07840-1797 |
| 517915759 | + | Email/Text: SM-Rehab-Bankruptcies@selectmedical.com | | |
| | | | Nov 19 2020 21:41:00 | Kessler, P0 Box 827914, Philadelphia, PA 19182-7914 |
| 517915760 | + | Email/Text: SM-Rehab-Bankruptcies@selectmedical.com | | |
| | | | Nov 19 2020 21:41:00 | Kessler Institute for Rehabilitation, 1199 Pleasant Valley Way, West Orange, NJ 07052-1499 |
| 517915764 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Nov 19 2020 21:40:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 517915763 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Nov 19 2020 21:40:00 | Kohl's, PO Box 3004, Milwaukee, WI 53201-3004 |
| 517915765 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Nov 19 2020 21:40:00 | Kohls /Capital One, P0 Box 3115, Milwaukee, WI 53201-3115 |
| 517915766 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Nov 19 2020 21:40:00 | Kohls/Capital One, Kohls Credit, P0 Box 3120, Milwaukee, WI 53201-3120 |
| 517915768 | | Email/Text: krivera@leadersfc.com | | |

Case 18-34288-JKS    Doc 83    Filed 11/21/20    Entered 11/22/20 00:18:21    Desc Imaged
                              Certificate of Notice    Page 6 of 9

| District/off: 0312-2 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: 185 | Total Noticed: 153 |

| Notice ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 517931628 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 21:39:00 | Leaders Financial Company, 21 Commerce Drive Floor 1, Cranford, NJ 07016 |
| 517915769 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 23:59:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517915767 | + Email/Text: krivera@leadersfc.com | Nov 19 2020 23:59:17 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, P0 Box 10497, Greenville, SC 29603-0497 |
| 517915776 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2020 21:39:00 | Leaders Financial, 21 Commerce Drive, Cranford, NJ 07016-3519 |
| 517915777 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2020 21:41:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 517915774 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2020 21:41:00 | Midland Funding, Attn: Bankruptcy, P0 Box 939069, San Diego, CA 92193-9069 |
| 517915775 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2020 21:41:00 | Midland Funding, 2365 Northside Drive Ste 300, San Diego, CA 92108-2709 |
| 518001025 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2020 21:41:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517915782 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2020 21:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517915784 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2020 23:59:14 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517915783 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 20 2020 00:00:53 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 518035262 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2020 23:57:46 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 517915792 | + Email/Text: bankruptcy@pseg.com | Nov 19 2020 23:59:15 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517915791 | Email/Text: bankruptcy@pseg.com | Nov 19 2020 21:39:00 | PSEG, PO Box 490, Cranford, NJ 07016-0490 |
| 517915781 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2020 21:39:00 | PSEG, PO Box 790, Cranford, NJ 07016-0790 |
| 517915785 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2020 23:57:46 | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517950735 | + Email/Text: JCAP_BNC_Notices@jcap.com | Nov 19 2020 23:59:14 | Portfolio Recovery Associates, L.L.C., PO Box 12914, Norfolk, VA 23541-0914 |
| 517915807 | + Email/Text: bkrpt@retrievalmasters.com | Nov 19 2020 21:41:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517915808 | + Email/Text: bkrpt@retrievalmasters.com | Nov 19 2020 21:40:00 | RMCB, PO Box 1234, Elmsford, NY 10523-0934 |
| 517915809 | + Email/Text: bkrpt@retrievalmasters.com | Nov 19 2020 21:40:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 517915801 | + Email/Text: bankruptcy@rentacenter.com | Nov 19 2020 21:40:00 | RMCB Collections, 2269 South Sawmill River Rd., Bldg. 3, Elmsford, NY 10523-3848 |
| 517915805 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 21:41:00 | Rent A Center, 5501 Headquarters Drive, Plano, TX 75024-5845 |
| 517915806 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 23:57:48 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 517915813 | + Email/Text: birminghamtops@sba.gov | Nov 19 2020 23:59:17 | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 517915835 | Email/Text: appebnmailbox@sprint.com | Nov 19 2020 21:41:00 | SBA, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| | | Nov 19 2020 21:40:00 | Sprint, 6360 Sprint Parkway, Overland Park, KS |

Case 18-34288-JKS    Doc 83    Filed 11/21/20    Entered 11/22/20 00:18:21    Desc Imaged
Certificate of Notice    Page 7 of 9

| District/off: 0312-2 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: 185 | Total Noticed: 153 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517915836 | | Email/Text: appebnmailbox@sprint.com | Nov 19 2020 21:40:00 | Sprint, PO Box 219554, Kansas City, MO 64121 |
| 517915834 | | Email/Text: bmg.bankruptcy@centurylink.com | Nov 19 2020 21:41:00 | Sprint, PO Box 530503, Atlanta, GA 30353 |
| 517915833 | | Email/Text: appebnmailbox@sprint.com | Nov 19 2020 21:40:00 | Sprint, PO Box 62071, Baltimore, MD 21264 |
| 517915819 | + | Email/Text: clientservices@simonsagency.com | Nov 19 2020 21:41:00 | Simons Agency, Attn: Bankruptcy, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915820 | + | Email/Text: clientservices@simonsagency.com | Nov 19 2020 21:41:00 | Simons Agency Inc, 3713 Brewerton Road Ste 1, Syracuse, NY 13212-3843 |
| 517915821 | + | Email/Text: clientservices@simonsagency.com | Nov 19 2020 21:41:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915830 | + | Email/Text: birminghamtops@sba.gov | Nov 19 2020 21:41:00 | Small Business Adminstration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 517915837 | + | Email/Text: appebnmailbox@sprint.com | Nov 19 2020 21:40:00 | Sprint Customer Service, P0 Box 8077, London, KY 40742-8077 |
| 517915838 | + | Email/Text: appebnmailbox@sprint.com | Nov 19 2020 21:40:00 | Sprint PCS, PO Box 105243, Atlanta, GA 30348-5243 |
| 517915846 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 20 2020 00:00:39 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 517915849 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2020 23:57:39 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 517915847 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2020 23:59:07 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 517915848 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2020 23:59:08 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517915845 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2020 23:59:07 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 517915844 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2020 23:59:07 | Synchrony Bank, Attn: Bankruptcy Dept., P0 Box 965060, Orlando, FL 32896-5060 |
| 517915843 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2020 23:59:07 | Synchrony Bank, Attn: Bankruptcy Dept., P0 Box 965061, Orlando, FL 32896-5061 |
| 517918796 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2020 23:59:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517915851 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2020 23:59:07 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517915852 | | Email/Text: bankruptcy@td.com | Nov 19 2020 21:41:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 517915854 | | Email/Text: bankruptcy@td.com | Nov 19 2020 21:41:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 517915858 | + | Email/Text: birminghamtops@sba.gov | Nov 19 2020 21:41:05 | US Small Business Adminisration, Birmingham Disaster Loan Servicing Ctr, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 517915859 | + | Email/Text: birminghamtops@sba.gov | Nov 19 2020 21:41:05 | US Small Business Administration, 801 Tom Martin Drive, Birmingham, AL 35211-6424 |

TOTAL: 83

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

Case 18-34288-JKS    Doc 83    Filed 11/21/20    Entered 11/22/20 00:18:21    Desc Imaged
Certificate of Notice    Page 8 of 9

| District/off: 0312-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: 185 | Total Noticed: 153 |

| | | |
|---|---|---|
| cr | *+ | NewRez LLC d/b/a Shellpoint Mortgage Servicing, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517915751 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517915750 | *+ | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517915746 | *+ | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 517915754 | *P++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688, address filed with court:, JCPL, PO Box 3687, Akron, OH 44309 |
| 517915779 | *+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517915788 | *+ | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517915797 | *+ | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915798 | *+ | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915799 | *+ | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915795 | *+ | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915796 | *+ | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915802 | *+ | Rent A Center Inc., 5501 Headquarters Drive, Plano, TX 75024-5845 |
| 517915822 | *+ | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915823 | *+ | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915824 | *+ | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517915825 | *+ | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517915826 | *+ | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517915827 | *+ | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517915828 | *+ | Simons Agency, Incorporated, Attn: Bankruptcy, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915850 | *+ | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 517915866 | ##+ | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |

TOTAL: 0 Undeliverable, 21 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor New Penn Financial  LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Teodoro F Arocho  Jr. herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor New Penn Financial  LLC d/b/a Shellpoint Mortgage Servicing kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Shauna M Deluca | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@rasflaw.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6