**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 2 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
TEODORO F. AROCHO, JR.,

Debtor(s)

Case No.: 18-34288 JKS

Judge: JOHN K. SHERWOOD

## Chapter 13 Plan and Motions

☐ Original        ☒ Modified/Notice Required        Date: NOVEMBER 18, 2020

☒ Motions Included        ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____HR____    Initial Debtor: _____TA_____    Initial Co-Debtor: _____

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ _____\*\*_____ per \_\_\_\_\_MONTH\_\_\_\_\_ to the Chapter 13 Trustee, starting on \_\_\_\_\_JANUARY OF 2019\_\_\_\_\_ for approximately \_\_\_\_\_84\_\_\_\_\_ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

\*\* i. $7,300 paid in to date through November of 2020 (Over 23 Months);
ii. $325 per month, starting in December of 2020, through and including November of 2021 (12 Months)
iii. $763 per month, starting in December of 2021, for a period of forty-nine (49) months

**Part 2:    Adequate Protection  ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ Supp. Fees |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4:    Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| NEW REZ, LLC DBA SHELLPOINT MORTGAGE SERVICING | MORTGAGE ARREARS RE: 35 ADELPHI TRAIL, HOPATCONG, NJ | $35,585 | N/A | $35,585 | CONTINUED PAYMENTS BY THE DEBTOR, DIRECTLY TO NEW REZ, LLC |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| DISCOVER FINANCIAL | JUG. LIEN | $1,802 | $250,000 | NEW REZ, LLC IAO $251,000 AS TO ALL | NO VALUE | N/A | NO VALUE |
| U.S. SMALL BUSINESS (SBA) ADMINSTRATION | 2ND MORTGAGE | $114,000 | $250,000 | | NO VALUE | N/A | NO VALUE |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| DISCOVER FINANCIAL | JUDGMENT LIEN RE: 35 ADELPHI TRAIL, HOPATCONG, NJ | $1,802 | $250,000 | NEW REZ, LLC (SHELLPOINT) IAO $251,000 | NO VALUE | ENTIRE JUDGMENT IAO $1,802 |
| U.S. SMALL BUSINESS ADMINISTRATION (SBA) | 2ND MORTGAGE RE: 35 ADELPHI TRAIL, HOPATCONG, NJ | $114,000 | $250,000 | NEW REZ, LLC (SHELLPOINT) IAO $251,000 | NO VALUE | ENTIRE MORTGAGE IAO 114,000 |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Counsel Fees and Supp. Counsel Fees (Fully Paid before other claims)
3) Secured Claims and then Priority Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: DECEMBER 13, 2019          .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| TO EXTEND THE TERM OF THE PLAN CONSISTENT WITH THE CARES ACT | THE PLAN IS BEING EXTENDED TO 84 MONTHS. PAYMENTS ARE CONTINUING LOWER, AS IN PRIOR PLAN(S) AND THEN INCREASING, BUT TO A LESSER SUM THAN IN THE CONFIRMED PLAN(S) BECAUSE THE PLAN TERM IS BEING EXTENDED. THE DEBTOR LOST EMPLOYMENT EARLIER IN THE YEAR AND HAS BEEN UNABLE TO OBTAIN NEW EMPLOYMENT BECAUSE OF THE CURRENT MARKET CONDITIONS CAUSED BY THE PUBLIC HEALTH PROBLEMS. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: NOVEMBER 18, 2020                                             /S/ TEODORO F. AROCHO, JR.
                                                                    Debtor

Date: _____                                        _____
                                                                    Joint Debtor

Date: NOVEMBER 18, 2020                                             /S/ HERBERT B. RAYMOND, ESQ.
                                                                    Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:  
Teodoro F Arocho, Jr.  
    Debtor(s)

Case No. 18-34288-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 7  
Date Rcvd: Nov 19, 2020     Form ID: pdf901     Total Noticed: 153

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teodoro F Arocho, Jr., 35 Adelphi Trail, Hopatcong, NJ 07843-1766 |
| 517915710 | + | Aaron's, 3636 Virginia Beach Blvd., #107A, Virginia Beach, VA 23452-3400 |
| 517915711 | + | Aarons Rental Purchase, 846 Saxton Blvd., Orange City, FL 32763-8213 |
| 517915712 | + | Aarons Sales and Lease Ownership, 295 US Highway #46, Rockaway, NJ 07866-3823 |
| 517915713 | + | Cablevision, PO Box 9202, Uniondale, NY 11555-9202 |
| 517981745 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517915725 | + | Cenlar, P0 Box 77404, Ewing, NJ 08628-6404 |
| 517915726 | + | Cenlar Loan Administration and Reporting, PO Box 77409, Ewing, NJ 08628-6409 |
| 517915738 | + | EZ Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 517915739 | + | EZ Pass, NJ Service Center, 375 McCarter Highway, Newark, NJ 07114-2563 |
| 517915740 | + | Faloni and Associates, 165 Passaic Avenue, Suite 301B, Fairfield, NJ 07004-3592 |
| 517915741 | + | Faloni and Associates PC, 165 Passaic Avenue, Suite 301B, Fairfield, NJ 07004-3592 |
| 517915742 | + | First Energy Solutions Group, PO Box 3622, Akron, OH 44309-3622 |
| 517915743 | + | First Home Bank, 1441 L Street Nw, Washington, DC 20416-0001 |
| 517915747 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517915748 | | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 517915745 | + | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 517915749 | + | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 517915757 | + | JCPL, PO Box 188, Allenhurst, NJ 07711-0188 |
| 517915756 | + | JCPL, PO Box 16001, Reading, PA 19612-6001 |
| 517915755 | ++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688 address filed with court:, JCPL, 300 Madison Avenue, Morristown, NJ 07960 |
| 518010936 | + | Jersey Central Power & Light/FirstEnergy, 101 Crawford's Corner Rd Bldg, #1 Suite 1-511, Holmdel, NJ 07733-1980 |
| 517915761 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 517915762 | #+ | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517915758 | + | Kessler, P0 Box 827832, Philadelphia, PA 19182-7832 |
| 517915770 | | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 517915772 | + | Lyons, Doughty , & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 517915771 | + | Lyons, Doughty , & Veldhuis, PC, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 517915773 | | Majestic Lake Financial, 635 East Highway 20, K, Upper Lake, CA 95485 |
| 517915778 | + | Midland Funding, P0 Box 2001, Warren, MI 48090-2001 |
| 517915780 | | NJ EZ Pass Violation Processing Center, P0 Box 52005, Newark, NJ 07101-8205 |
| 518622892 | | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 518033098 | | NewRez Mortgage LLC d/b/a Shellpoint Mtg Servicing, NewRez LLC DBA Shellpoint Mortgage Servi, PO Box 10826, Greenville SC 29603-0826 |
| 518616820 | + | Newrez LLC D/B/A Shellpoint Mortgage Servicing, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 517915790 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 517915786 | + | Pressler And Pressler, Attorneys, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517915787 | + | Pressler, Felt, & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517915789 | + | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517915793 | + | Remex, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |

Case 18-34288-JKS    Doc 84    Filed 11/21/20    Entered 11/22/20 00:18:21    Desc Imaged
                                Certificate of Notice    Page 12 of 17

| District/off: 0312-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: pdf901 | Total Noticed: 153 |

| 517915794 | + | Remex , Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
|---|---|---|
| 517915800 | + | Remex, Inc., PO Box 457, Rocky Hill, NJ 08553-0457 |
| 517915803 | + | Rent-A-Center, 14 Bassett Highway, Suite 16, Dover, NJ 07801-3902 |
| 517915804 | + | Resurgent, PO Box 1410, Troy, MI 48099-1410 |
| 517915810 | + | Saint Clare's Health System, PO Box 35577, Newark, NJ 07193-5577 |
| 517915812 | + | Saint Clares Hospital, PO Box 35577, Newark, NJ 07193-5577 |
| 517915811 | + | Saint Clares Hospital, 25 Pocno Road, Denville, NJ 07834-2954 |
| 517915814 | + | Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 517915815 | + | Shellpoint Mortgage, PO Box 740039, Cincinnati, OH 45274-0039 |
| 517915816 | + | Shellpoint Mortgage Service, 55 Beattie Place Ste 110, Greenville, SC 29601-5115 |
| 517915817 | + | Shellpoint Mortgage Service LLC, PO Box 10826, Greenville, SC 29603-0826 |
| 517915818 | + | Shellpoint Mortgage Service LLC Company, PO Box 10826, Greenville, SC 29603-0826 |
| 517915829 | + | Small Business Administration, 200 W Santa Ana Blvd., Ste 700, Santa Ana, CA 92701-7545 |
| 517915832 | + | Spotloan, PO Box 720, Belcourt, ND 58316-0720 |
| 517915831 | + | Spotloan, PO Box 927, Palatine, IL 60078-0927 |
| 517915841 | + | Summit Medical Group, PO Box 8549, Belfast, ME 04915-8549 |
| 517915842 | + | Summit Medical Group, P0 Box 167, Newark, NJ 07101-0167 |
| 517915839 | + | Summit Medical Group, PO Box 1005, Summit, NJ 07902-1005 |
| 517915840 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 517915853 |  | TD bank, PO Box 84037, Fortson, GA 31808 |
| 517915855 | + | U.S. Department of the Treasury, 3700 East West Highway, Hyattsville, MD 20782-2092 |
| 517915856 |  | US Dept of Treasury, PO Box 83074, Birmingham, AL 35283 |
| 517915857 | + | US Dept. of Treasury, 3700 E West Hwy, Room 600B, Hyattsville, MD 20782-2015 |
| 517915860 | + | VBS Amplify Funding, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 517915863 | ++ | WELLS FARGO, P O BOX 9210, DES MOINES IA 50306-9210 address filed with court:, Wells Fargo, P0 Box 10438, Des Moines, IA 50306 |
| 517915862 | + | We Florida Financial, Po Box 77404, Ewing, NJ 08628-6404 |
| 517915861 | + | We Florida Financial, Attn: Bankruptcy, Po Box 14548, Fort Lauderdale, FL 33302-4548 |
| 517915865 |  | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |
| 517915864 | + | Wells Fargo Bank, 7000 Vista Drive, West Des Moines, IA 50266-9310 |
| 517915867 |  | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 517915868 | + | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |

TOTAL: 70

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 19 2020 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 19 2020 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 20 2020 00:00:40 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517915719 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 19 2020 23:59:11 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517915721 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 20 2020 00:00:48 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517915723 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 20 2020 00:00:48 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 517915714 | + | Email/Text: bcwrtoff@cablevision.com | Nov 19 2020 21:41:00 | Cablevision, 1101 Stewart Avenue, Bethpage, NY 11714-3580 |
| 517915715 | + | Email/Text: bcwrtoff@cablevision.com | Nov 19 2020 21:41:00 | Cablevision, P0 Box 371378, Pittsburgh, PA 15250-7378 |
| 517915717 | + | Email/Text: bcwrtoff@cablevision.com | Nov 19 2020 21:41:00 | Cablevision, PO Box 371897, Pittsburgh, PA 15250-7897 |
| 517915716 | | Email/Text: bcwrtoff@cablevision.com | | |

| | | | |
|---|---|---|---|
| | | Nov 19 2020 21:41:00 | Cablevision, 6 Corporate Drive, Melville, NY 11747 |
| 517915718 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | Nov 19 2020 23:57:44 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 517915720 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | Nov 19 2020 23:57:44 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517915722 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | Nov 19 2020 23:59:11 | Capital One Bank, PO Box 70884, Charlotte, NC 28272-0884 |
| 517915724 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | Nov 19 2020 23:59:11 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517915727 | + Email/Text: convergent@ebn.phinsolutions.com | | |
| | | Nov 19 2020 21:41:00 | Convergant Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 517915728 | + Email/Text: convergent@ebn.phinsolutions.com | | |
| | | Nov 19 2020 21:41:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, P0 Box 9004, Renton, WA 98057-9004 |
| 517915729 | + Email/Text: convergent@ebn.phinsolutions.com | | |
| | | Nov 19 2020 21:41:00 | Convergent Outsourcing, Inc., 800 Sw 39th St, Renton, WA 98057-4927 |
| 517915732 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Nov 19 2020 23:59:12 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 517915730 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Nov 19 2020 23:57:45 | Credit One Bank, P0 Box 98872, Las Vegas, NV 89193-8872 |
| 517915731 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Nov 19 2020 23:57:45 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517915735 | Email/Text: mrdiscen@discover.com | | |
| | | Nov 19 2020 21:40:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 517915737 | Email/Text: mrdiscen@discover.com | | |
| | | Nov 19 2020 21:40:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517915734 | Email/Text: mrdiscen@discover.com | | |
| | | Nov 19 2020 21:40:00 | Discover, PO Box 5019, Sandy, UT 84091-5019 |
| 517915733 | Email/Text: mrdiscen@discover.com | | |
| | | Nov 19 2020 21:40:00 | Discover, PO Box 5044, Sandy, UT 84091-5044 |
| 517925743 | Email/Text: mrdiscen@discover.com | | |
| | | Nov 19 2020 21:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517915736 | + Email/Text: mrdiscen@discover.com | | |
| | | Nov 19 2020 21:40:00 | Discover Financial, P0 Box 3025, New Albany, OH 43054-3025 |
| 517915744 | + Email/Text: Bankruptcies@FirstHomeBank.com | | |
| | | Nov 19 2020 21:41:00 | First Home Bank, Attn: Deposit Operations, 9190 Seminole Blvd, Seminole, FL 33772-3148 |
| 517915752 | + Email/Text: collections@greentrustcash.com | | |
| | | Nov 19 2020 21:41:00 | Greentrust Cash LLC, PO Box 340, Hays, MT 59527-0340 |
| 517915753 | + Email/Text: lori.rudolph@atlantichealth.org | | |
| | | Nov 19 2020 21:41:00 | Hackettstown Regional Medical Center, 651 Willow Grove Street, Hackettstown, NJ 07840-1797 |
| 517915759 | + Email/Text: SM-Rehab-Bankruptcies@selectmedical.com | | |
| | | Nov 19 2020 21:41:00 | Kessler, P0 Box 827914, Philadelphia, PA 19182-7914 |
| 517915760 | + Email/Text: SM-Rehab-Bankruptcies@selectmedical.com | | |
| | | Nov 19 2020 21:41:00 | Kessler Institute for Rehabilitation, 1199 Pleasant Valley Way, West Orange, NJ 07052-1499 |
| 517915764 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Nov 19 2020 21:40:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 517915763 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Nov 19 2020 21:40:00 | Kohl's, PO Box 3004, Milwaukee, WI 53201-3004 |
| 517915765 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Nov 19 2020 21:40:00 | Kohls /Capital One, P0 Box 3115, Milwaukee, WI 53201-3115 |
| 517915766 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Nov 19 2020 21:40:00 | Kohls/Capital One, Kohls Credit, P0 Box 3120, Milwaukee, WI 53201-3120 |
| 517915768 | Email/Text: krivera@leadersfc.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 19 2020 21:39:00 | Leaders Financial Company, 21 Commerce Drive Floor 1, Cranford, NJ 07016 |
| 517931628 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 23:57:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517915769 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 23:59:17 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, P0 Box 10497, Greenville, SC 29603-0497 |
| 517915767 | + | Email/Text: krivera@leadersfc.com | Nov 19 2020 21:39:00 | Leaders Financial, 21 Commerce Drive, Cranford, NJ 07016-3519 |
| 517915776 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2020 21:41:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 517915777 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2020 21:41:00 | Midland Funding, Attn: Bankruptcy, P0 Box 939069, San Diego, CA 92193-9069 |
| 517915774 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2020 21:41:00 | Midland Funding, 2365 Northside Drive Ste 300, San Diego, CA 92108-2709 |
| 517915775 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2020 21:41:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 518001025 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2020 21:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517915782 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2020 23:59:15 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517915784 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2020 23:59:15 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 517915783 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2020 23:57:46 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 518035262 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2020 23:59:14 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517915792 | + | Email/Text: bankruptcy@pseg.com | Nov 19 2020 21:39:00 | PSEG, PO Box 490, Cranford, NJ 07016-0490 |
| 517915791 | | Email/Text: bankruptcy@pseg.com | Nov 19 2020 21:39:00 | PSEG, PO Box 790, Cranford, NJ 07016-0790 |
| 517915781 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2020 23:57:46 | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517915785 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2020 23:57:46 | Portfolio Recovery Associates, L.L.C., PO Box 12914, Norfolk, VA 23541-0914 |
| 517950735 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 19 2020 21:41:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517915807 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 19 2020 21:40:00 | RMCB, PO Box 1234, Elmsford, NY 10523-0934 |
| 517915808 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 19 2020 21:40:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 517915809 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 19 2020 21:40:00 | RMCB Collections, 2269 South Sawmill River Rd., Bldg. 3, Elmsford, NY 10523-3848 |
| 517915801 | + | Email/Text: bankruptcy@rentacenter.com | Nov 19 2020 21:41:00 | Rent A Center, 5501 Headquarters Drive, Plano, TX 75024-5845 |
| 517915805 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 23:59:17 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 517915806 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2020 23:59:17 | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 517915813 | + | Email/Text: birminghamtops@sba.gov | Nov 19 2020 21:41:26 | SBA, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 517915835 | | Email/Text: appebnmailbox@sprint.com | Nov 19 2020 21:40:00 | Sprint, 6360 Sprint Parkway, Overland Park, KS |

Case 18-34288-JKS    Doc 84    Filed 11/21/20    Entered 11/22/20 00:18:21    Desc Imaged
                       Certificate of Notice     Page 15 of 17

| District/off: 0312-2 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: pdf901 | Total Noticed: 153 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517915836 | | Email/Text: appebnmailbox@sprint.com | Nov 19 2020 21:40:00 | Sprint, PO Box 219554, Kansas City, MO 64121 66251 |
| 517915834 | | Email/Text: bmg.bankruptcy@centurylink.com | Nov 19 2020 21:41:00 | Sprint, PO Box 530503, Atlanta, GA 30353 |
| 517915833 | | Email/Text: appebnmailbox@sprint.com | Nov 19 2020 21:40:00 | Sprint, PO Box 62071, Baltimore, MD 21264 |
| 517915819 | + | Email/Text: clientservices@simonsagency.com | Nov 19 2020 21:41:00 | Simons Agency, Attn: Bankruptcy, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915820 | + | Email/Text: clientservices@simonsagency.com | Nov 19 2020 21:41:00 | Simons Agency Inc, 3713 Brewerton Road Ste 1, Syracuse, NY 13212-3843 |
| 517915821 | + | Email/Text: clientservices@simonsagency.com | Nov 19 2020 21:41:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915830 | + | Email/Text: birminghamtops@sba.gov | Nov 19 2020 21:41:26 | Small Business Adminstration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 517915837 | + | Email/Text: appebnmailbox@sprint.com | Nov 19 2020 21:40:00 | Sprint Customer Service, P0 Box 8077, London, KY 40742-8077 |
| 517915838 | + | Email/Text: appebnmailbox@sprint.com | Nov 19 2020 21:40:00 | Sprint PCS, PO Box 105243, Atlanta, GA 30348-5243 |
| 517915846 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2020 23:59:08 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 517915849 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2020 23:59:08 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 517915847 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 20 2020 00:00:40 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 517915848 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2020 23:59:08 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517915845 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2020 23:57:39 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 517915844 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2020 23:59:08 | Synchrony Bank, Attn: Bankruptcy Dept., P0 Box 965060, Orlando, FL 32896-5060 |
| 517915843 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2020 23:57:39 | Synchrony Bank, Attn: Bankruptcy Dept., P0 Box 965061, Orlando, FL 32896-5061 |
| 517918796 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 20 2020 00:00:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517915851 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 20 2020 00:00:40 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517915852 | | Email/Text: bankruptcy@td.com | Nov 19 2020 21:41:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 517915854 | | Email/Text: bankruptcy@td.com | Nov 19 2020 21:41:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 517915858 | + | Email/Text: birminghamtops@sba.gov | Nov 19 2020 21:41:06 | US Small Business Adminisration, Birmingham Disaster Loan Servicing Ctr, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 517915859 | + | Email/Text: birminghamtops@sba.gov | Nov 19 2020 21:41:26 | US Small Business Administration, 801 Tom Martin Drive, Birmingham, AL 35211-6424 |

TOTAL: 83

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

District/off: 0312-2 | User: admin | Page 6 of 7
Date Rcvd: Nov 19, 2020 | Form ID: pdf901 | Total Noticed: 153

| | | |
|---|---|---|
| cr | *+ | NewRez LLC d/b/a Shellpoint Mortgage Servicing, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517915751 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517915750 | *+ | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517915746 | *+ | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 517915754 | *P++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688, address filed with court:, JCPL, PO Box 3687, Akron, OH 44309 |
| 517915779 | *+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517915788 | *+ | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517915797 | *+ | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915798 | *+ | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915799 | *+ | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915795 | *+ | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915796 | *+ | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915802 | *+ | Rent A Center Inc., 5501 Headquarters Drive, Plano, TX 75024-5845 |
| 517915822 | *+ | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915823 | *+ | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915824 | *+ | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517915825 | *+ | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517915826 | *+ | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517915827 | *+ | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517915828 | *+ | Simons Agency, Incorporated, Attn: Bankruptcy, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915850 | *+ | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 517915866 | ##+ | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |

TOTAL: 0 Undeliverable, 21 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Teodoro F Arocho Jr. herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Shauna M Deluca | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@rasflaw.com |
| U.S. Trustee | |

District/off: 0312-2 User: admin Page 7 of 7
Date Rcvd: Nov 19, 2020 Form ID: pdf901 Total Noticed: 153

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6