Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−34288−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Teodoro F Arocho Jr.
  aka Teodoro F Arocho− Ramos, aka Ted F
  Arocho, aka Teodoro F Arocho
  35 Adelphi Trail
  Hopatcong, NJ 07843

Social Security No.:
  xxx−xx−8378

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 11, 2020.

Dated: December 11, 2020
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-34288-JKS |
| Teodoro F Arocho, Jr. | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 7 |
| Date Rcvd: Dec 11, 2020 | Form ID: plncf13 | Total Noticed: 153 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teodoro F Arocho, Jr., 35 Adelphi Trail, Hopatcong, NJ 07843-1766 |
| 517915710 | + | Aaron's, 3636 Virginia Beach Blvd., #107A, Virginia Beach, VA 23452-3400 |
| 517915711 | + | Aarons Rental Purchase, 846 Saxton Blvd., Orange City, FL 32763-8213 |
| 517915712 | + | Aarons Sales and Lease Ownership, 295 US Highway #46, Rockaway, NJ 07866-3823 |
| 517915713 | + | Cablevision, PO Box 9202, Uniondale, NY 11555-9202 |
| 517981745 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517915725 | + | Cenlar, P0 Box 77404, Ewing, NJ 08628-6404 |
| 517915726 | + | Cenlar Loan Administration and Reporting, PO Box 77409, Ewing, NJ 08628-6409 |
| 517915738 | + | EZ Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 517915739 | + | EZ Pass, NJ Service Center, 375 McCarter Highway, Newark, NJ 07114-2563 |
| 517915740 | + | Faloni and Associates, 165 Passaic Avenue, Suite 301B, Fairfield, NJ 07004-3592 |
| 517915741 | + | Faloni and Associates PC, 165 Passaic Avenue, Suite 301B, Fairfield, NJ 07004-3592 |
| 517915742 | + | First Energy Solutions Group, PO Box 3622, Akron, OH 44309-3622 |
| 517915743 | + | First Home Bank, 1441 L Street Nw, Washington, DC 20416-0001 |
| 517915747 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517915748 | | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 517915745 | + | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 517915749 | + | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 517915752 | + | Greentrust Cash LLC, PO Box 340, Hays, MT 59527-0340 |
| 517915756 | + | JCPL, PO Box 16001, Reading, PA 19612-6001 |
| 517915757 | + | JCPL, PO Box 188, Allenhurst, NJ 07711-0188 |
| 517915755 | ++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688 address filed with court:, JCPL, 300 Madison Avenue, Morristown, NJ 07960 |
| 518010936 | + | Jersey Central Power & Light/FirstEnergy, 101 Crawford's Corner Rd Bldg, #1 Suite 1-511, Holmdel, NJ 07733-1980 |
| 517915761 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 517915762 | #+ | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517915758 | + | Kessler, P0 Box 827832, Philadelphia, PA 19182-7832 |
| 517915770 | | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 517915772 | + | Lyons, Doughty , & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 517915771 | + | Lyons, Doughty , & Veldhuis, PC, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 517915773 | | Majestic Lake Financial, 635 East Highway 20, K, Upper Lake, CA 95485 |
| 517915778 | + | Midland Funding, P0 Box 2001, Warren, MI 48090-2001 |
| 517915780 | | NJ EZ Pass Violation Processing Center, P0 Box 52005, Newark, NJ 07101-8205 |
| 518622892 | | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 518033098 | | NewRez Mortgage LLC d/b/a Shellpoint Mtg Servicing, NewRez LLC DBA Shellpoint Mortgage Servi, PO Box 10826, Greenville SC 29603-0826 |
| 518616820 | + | Newrez LLC D/B/A Shellpoint Mortgage Servicing, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 517915790 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 517915786 | + | Pressler And Pressler, Attorneys, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517915787 | + | Pressler, Felt, & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517915789 | + | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054-5020 |

Case 18-34288-JKS    Doc 87    Filed 12/13/20    Entered 12/14/20 00:21:03    Desc Imaged
                    Certificate of Notice    Page 3 of 8

| District/off: 0312-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: plncf13 | Total Noticed: 153 |

| | | |
|---|---|---|
| 517915793 | + | Remex, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915794 | + | Remex , Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915800 | + | Remex, Inc., PO Box 457, Rocky Hill, NJ 08553-0457 |
| 517915803 | + | Rent-A-Center, 14 Bassett Highway, Suite 16, Dover, NJ 07801-3902 |
| 517915804 | + | Resurgent, PO Box 1410, Troy, MI 48099-1410 |
| 517915810 | + | Saint Clare's Health System, PO Box 35577, Newark, NJ 07193-5577 |
| 517915812 | + | Saint Clares Hospital, PO Box 35577, Newark, NJ 07193-5577 |
| 517915811 | + | Saint Clares Hospital, 25 Pocno Road, Denville, NJ 07834-2954 |
| 517915814 | + | Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 517915815 | + | Shellpoint Mortgage, PO Box 740039, Cincinnati, OH 45274-0039 |
| 517915816 | + | Shellpoint Mortgage Service, 55 Beattie Place Ste 110, Greenville, SC 29601-5115 |
| 517915817 | + | Shellpoint Mortgage Service LLC, PO Box 10826, Greenville, SC 29603-0826 |
| 517915818 | + | Shellpoint Mortgage Service LLC Company, PO Box 10826, Greenville, SC 29603-0826 |
| 517915829 | + | Small Business Administration, 200 W Santa Ana Blvd., Ste 700, Santa Ana, CA 92701-7545 |
| 517915832 | + | Spotloan, PO Box 720, Belcourt, ND 58316-0720 |
| 517915831 | + | Spotloan, PO Box 927, Palatine, IL 60078-0927 |
| 517915841 | + | Summit Medical Group, PO Box 8549, Belfast, ME 04915-8549 |
| 517915842 | + | Summit Medical Group, P0 Box 167, Newark, NJ 07101-0167 |
| 517915839 | + | Summit Medical Group, PO Box 1005, Summit, NJ 07902-1005 |
| 517915840 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 517915853 | | TD bank, PO Box 84037, Fortson, GA 31808 |
| 517915855 | + | U.S. Department of the Treasury, 3700 East West Highway, Hyattsville, MD 20782-2092 |
| 517915856 | | US Dept of Treasury, PO Box 83074, Birmingham, AL 35283 |
| 517915857 | + | US Dept. of Treasury, 3700 E West Hwy, Room 600B, Hyattsville, MD 20782-2015 |
| 517915860 | + | VBS Amplify Funding, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 517915863 | ++ | WELLS FARGO, P O BOX 9210, DES MOINES IA 50306-9210 address filed with court:, Wells Fargo, P0 Box 10438, Des Moines, IA 50306 |
| 517915862 | + | We Florida Financial, Po Box 77404, Ewing, NJ 08628-6404 |
| 517915861 | + | We Florida Financial, Attn: Bankruptcy, Po Box 14548, Fort Lauderdale, FL 33302-4548 |
| 517915865 | | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |
| 517915864 | + | Wells Fargo Bank, 7000 Vista Drive, West Des Moines, IA 50266-9310 |
| 517915867 | | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 517915868 | + | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |

TOTAL: 71

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 11 2020 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 11 2020 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 22:21:18 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517915719 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 11 2020 22:28:06 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517915721 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 11 2020 22:25:09 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517915723 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 11 2020 22:21:39 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 517915714 | + Email/Text: bcwrtoff@cablevision.com | Dec 11 2020 22:05:00 | Cablevision, 1101 Stewart Avenue, Bethpage, NY 11714-3580 |
| 517915715 | + Email/Text: bcwrtoff@cablevision.com | Dec 11 2020 22:05:00 | Cablevision, P0 Box 371378, Pittsburgh, PA 15250-7378 |
| 517915717 | + Email/Text: bcwrtoff@cablevision.com | Dec 11 2020 22:05:00 | Cablevision, PO Box 371897, Pittsburgh, PA 15250-7897 |

Case 18-34288-JKS    Doc 87    Filed 12/13/20    Entered 12/14/20 00:21:03    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: plncf13 | Total Noticed: 153 |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| 517915716 | Email/Text: bcwrtoff@cablevision.com | Dec 11 2020 22:05:00 | Cablevision, 6 Corporate Drive, Melville, NY 11747 |
| 517915718 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 11 2020 22:25:07 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 517915720 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 11 2020 22:21:39 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517915722 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 11 2020 22:21:39 | Capital One Bank, PO Box 70884, Charlotte, NC 28272-0884 |
| 517915724 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 11 2020 22:21:39 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517915727 | + Email/Text: convergent@ebn.phinsolutions.com | Dec 11 2020 22:05:00 | Convergant Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 517915728 | + Email/Text: convergent@ebn.phinsolutions.com | Dec 11 2020 22:05:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, P0 Box 9004, Renton, WA 98057-9004 |
| 517915729 | + Email/Text: convergent@ebn.phinsolutions.com | Dec 11 2020 22:05:00 | Convergent Outsourcing, Inc., 800 Sw 39th St, Renton, WA 98057-4927 |
| 517915732 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2020 22:21:44 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 517915730 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2020 22:25:16 | Credit One Bank, P0 Box 98872, Las Vegas, NV 89193-8872 |
| 517915731 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2020 22:28:14 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517915735 | Email/Text: mrdiscen@discover.com | Dec 11 2020 22:02:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 517915737 | Email/Text: mrdiscen@discover.com | Dec 11 2020 22:02:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517915734 | Email/Text: mrdiscen@discover.com | Dec 11 2020 22:02:00 | Discover, PO Box 5019, Sandy, UT 84091-5019 |
| 517915733 | Email/Text: mrdiscen@discover.com | Dec 11 2020 22:02:00 | Discover, PO Box 5044, Sandy, UT 84091-5044 |
| 517925743 | Email/Text: mrdiscen@discover.com | Dec 11 2020 22:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517915736 | + Email/Text: mrdiscen@discover.com | Dec 11 2020 22:02:00 | Discover Financial, P0 Box 3025, New Albany, OH 43054-3025 |
| 517915744 | + Email/Text: Bankruptcies@FirstHomeBank.com | Dec 11 2020 22:06:00 | First Home Bank, Attn: Deposit Operations, 9190 Seminole Blvd, Seminole, FL 33772-3148 |
| 517915753 | + Email/Text: lori.rudolph@atlantichealth.org | Dec 11 2020 22:05:00 | Hackettstown Regional Medical Center, 651 Willow Grove Street, Hackettstown, NJ 07840-1797 |
| 517915759 | + Email/Text: SM-Rehab-Bankruptcies@selectmedical.com | Dec 11 2020 22:06:00 | Kessler, P0 Box 827914, Philadelphia, PA 19182-7914 |
| 517915760 | + Email/Text: SM-Rehab-Bankruptcies@selectmedical.com | Dec 11 2020 22:06:00 | Kessler Institute for Rehabilitation, 1199 Pleasant Valley Way, West Orange, NJ 07052-1499 |
| 517915764 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 11 2020 22:02:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 517915763 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 11 2020 22:02:00 | Kohl's, PO Box 3004, Milwaukee, WI 53201-3004 |
| 517915765 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 11 2020 22:02:00 | Kohls /Capital One, P0 Box 3115, Milwaukee, WI 53201-3115 |
| 517915766 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 11 2020 22:02:00 | Kohls/Capital One, Kohls Credit, P0 Box 3120, Milwaukee, WI 53201-3120 |
| 517915768 | Email/Text: krivera@leadersfc.com | Dec 11 2020 22:02:00 | Leaders Financial Company, 21 Commerce Drive Floor 1, Cranford, NJ 07016 |

| District/off: 0312-2 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: plncf13 | Total Noticed: 153 |

| ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 517931628 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2020 22:25:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517915769 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2020 22:22:11 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, P0 Box 10497, Greenville, SC 29603-0497 |
| 517915767 | + Email/Text: krivera@leadersfc.com | Dec 11 2020 22:02:00 | Leaders Financial, 21 Commerce Drive, Cranford, NJ 07016-3519 |
| 517915776 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 11 2020 22:04:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 517915777 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 11 2020 22:04:00 | Midland Funding, Attn: Bankruptcy, P0 Box 939069, San Diego, CA 92193-9069 |
| 517915774 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 11 2020 22:04:00 | Midland Funding, 2365 Northside Drive Ste 300, San Diego, CA 92108-2709 |
| 517915775 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 11 2020 22:04:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 518001025 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 11 2020 22:04:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517915782 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2020 22:25:27 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517915784 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2020 22:28:30 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 517915783 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2020 22:28:31 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 518035262 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2020 22:22:00 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517915792 | + Email/Text: bankruptcy@pseg.com | Dec 11 2020 22:02:00 | PSEG, PO Box 490, Cranford, NJ 07016-0490 |
| 517915791 | Email/Text: bankruptcy@pseg.com | Dec 11 2020 22:02:00 | PSEG, PO Box 790, Cranford, NJ 07016-0790 |
| 517915781 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2020 22:25:27 | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517915785 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2020 22:22:01 | Portfolio Recovery Associates, L.L.C., PO Box 12914, Norfolk, VA 23541-0914 |
| 517950735 | + Email/Text: JCAP_BNC_Notices@jcap.com | Dec 11 2020 22:05:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517915807 | + Email/Text: bkrpt@retrievalmasters.com | Dec 11 2020 22:04:00 | RMCB, PO Box 1234, Elmsford, NY 10523-0934 |
| 517915808 | + Email/Text: bkrpt@retrievalmasters.com | Dec 11 2020 22:04:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 517915809 | + Email/Text: bkrpt@retrievalmasters.com | Dec 11 2020 22:04:00 | RMCB Collections, 2269 South Sawmill River Rd., Bldg. 3, Elmsford, NY 10523-3848 |
| 517915801 | + Email/Text: bankruptcy@rentacenter.com | Dec 11 2020 22:06:00 | Rent A Center, 5501 Headquarters Drive, Plano, TX 75024-5845 |
| 517915805 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2020 22:22:10 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 517915806 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2020 22:25:39 | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 517915813 | + Email/Text: birminghamtops@sba.gov | Dec 11 2020 22:05:35 | SBA, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 517915835 | Email/Text: appebnmailbox@sprint.com | Dec 11 2020 22:04:00 | Sprint, 6360 Sprint Parkway, Overland Park, KS 66251 |
| 517915836 | Email/Text: appebnmailbox@sprint.com | | |

Case 18-34288-JKS    Doc 87    Filed 12/13/20    Entered 12/14/20 00:21:03    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0312-2 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: plncf13 | Total Noticed: 153 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517915834 | | Email/Text: bmg.bankruptcy@centurylink.com | Dec 11 2020 22:04:00 | Sprint, PO Box 219554, Kansas City, MO 64121 |
| 517915833 | | Email/Text: appebnmailbox@sprint.com | Dec 11 2020 22:04:00 | Sprint, PO Box 530503, Atlanta, GA 30353 |
| 517915819 | + | Email/Text: clientservices@simonsagency.com | Dec 11 2020 22:04:00 | Sprint, PO Box 62071, Baltimore, MD 21264 |
| 517915820 | + | Email/Text: clientservices@simonsagency.com | Dec 11 2020 22:05:00 | Simons Agency, Attn: Bankruptcy, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915821 | + | Email/Text: clientservices@simonsagency.com | Dec 11 2020 22:05:00 | Simons Agency Inc, 3713 Brewerton Road Ste 1, Syracuse, NY 13212-3843 |
| 517915830 | + | Email/Text: birminghamtops@sba.gov | Dec 11 2020 22:05:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915837 | + | Email/Text: appebnmailbox@sprint.com | Dec 11 2020 22:05:29 | Small Business Adminstration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 517915838 | + | Email/Text: appebnmailbox@sprint.com | Dec 11 2020 22:04:00 | Sprint Customer Service, P0 Box 8077, London, KY 40742-8077 |
| 517915846 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 22:04:00 | Sprint PCS, PO Box 105243, Atlanta, GA 30348-5243 |
| 517915849 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 22:21:20 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 517915847 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 22:24:45 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 517915848 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 22:24:45 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 517915845 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 22:21:16 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517915844 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 22:27:43 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 517915843 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 22:24:44 | Synchrony Bank, Attn: Bankruptcy Dept., P0 Box 965060, Orlando, FL 32896-5060 |
| 517918796 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 22:24:45 | Synchrony Bank, Attn: Bankruptcy Dept., P0 Box 965061, Orlando, FL 32896-5061 |
| 517915851 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 11 2020 22:24:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517915852 | | Email/Text: bankruptcy@td.com | Dec 11 2020 22:24:46 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517915854 | | Email/Text: bankruptcy@td.com | Dec 11 2020 22:04:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 517915858 | + | Email/Text: birminghamtops@sba.gov | Dec 11 2020 22:04:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 517915859 | + | Email/Text: birminghamtops@sba.gov | Dec 11 2020 22:05:34 | US Small Business Adminisration, Birmingham Disaster Loan Servicing Ctr, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| | | | Dec 11 2020 22:05:34 | US Small Business Administration, 801 Tom Martin Drive, Birmingham, AL 35211-6424 |

TOTAL: 82

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | NewRez LLC d/b/a Shellpoint Mortgage Servicing, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517915751 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

Case 18-34288-JKS    Doc 87    Filed 12/13/20    Entered 12/14/20 00:21:03    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0312-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: plncf13 | Total Noticed: 153 |

| | | |
|---|---|---|
| 517915750 | *+ | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517915746 | *+ | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 517915754 | *P++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688, address filed with court:, JCPL, PO Box 3687, Akron, OH 44309 |
| 517915779 | *+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517915788 | *+ | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517915797 | *+ | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915798 | *+ | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915799 | *+ | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915795 | *+ | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915796 | *+ | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915802 | *+ | Rent A Center Inc., 5501 Headquarters Drive, Plano, TX 75024-5845 |
| 517915822 | *+ | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915823 | *+ | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915824 | *+ | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517915825 | *+ | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517915826 | *+ | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517915827 | *+ | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517915828 | *+ | Simons Agency, Incorporated, Attn: Bankruptcy, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915850 | *+ | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 517915866 | ##+ | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |

TOTAL: 0 Undeliverable, 21 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2020                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Denise E. Carlon | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Teodoro F Arocho Jr. herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Shauna M Deluca | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@rasflaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6