|   |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Raymond and Raymonds, Esq.<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond, Esq.;<br>Jeffrey M. Raymond, Esq.<br>Kevin de Lyon, Esq.<br>Attorneys for the Debtor(s) |

**Order Filed on February 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

TEODORO AROCHO, JR.,    DEBTOR(S)

Case No.: 18-34288 (JKS)

Adv. No.:

Hearing Date:

Judge: JOHN SHERWOOD

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

    The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: February 5, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Teodoro Arocho, Jr., Debtor(s)

Case no.: 18-34288 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees

_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$999.99** for services rendered and expenses in the amount **$0.00** for a total of **$999.99**.  The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

    _____   outside the plan.

The debtor's monthly plan payment is modified to require payments as follows:

    This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.