UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymonds, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.;
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.
Attorneys for the Debtor(s)

Order Filed on February 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TEODORO AROCHO, JR.,   DEBTOR(S)

Case No.: 18-34288 (JKS)

Adv. No.:

Hearing Date:

Judge: JOHN SHERWOOD

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

DATED: February 5, 2021

Honorable John K. Sherwood
United States Bankruptcy Court

```
 1   Page 2
 2   Debtor: Teodoro Arocho, Jr., Debtor(s)
 3   Case no.: 18-34288 (JKS)
 4   Caption of order: Order Granting Supplemental Counsel Fees
 5   _____
         The applicant having certified that legal work supplemental
 6
     to basic Chapter 13 services has been rendered, and no objections
 7
     having been raised:
 8
         ORDERED that Herbert B. Raymond, Esq., the applicant, is
 9
     allowed a fee of $999.99 for services rendered and expenses in
10
     the amount $0.00  for a total of $999.99.  The allowance shall be
11
     payable
12
         ___XXXX___   through the Chapter 13 plan as an administrative
13
     priority.
14
         _____   outside the plan.
15
     The debtor's monthly plan payment is modified to require payments
16
     as follows:
17

18
         This fee shall be payable to Debtor's counsel
19
     notwithstanding the dismissal of the case.
20

21

22

23

24

25

26

27

28
```

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-34288-JKS |
| Teodoro F Arocho, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 05, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Teodoro F Arocho, Jr., 35 Adelphi Trail, Hopatcong, NJ 07843-1766 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Teodoro F Arocho Jr. herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | |

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com

Shauna M Deluca

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7