# RAYMOND & RAYMOND
Attorneys at Law

Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.

7 Glenwood Avenue, 4th Fl., Ste. 408
East Orange, NJ 07017
Telephone (973) 675-5622
Facsimile (408) 519-6711

Email: herbertraymond@gmail.com
Website: www.bankruptcylaw123.com

May 26, 2021

Honorable John Sherwood, U.S.B.J.
U.S. Bankruptcy Court
50 Walnut St., 3rd Floor
Newark, NJ 07102

    Re: Teodoro Arocho, Debtor(s)
        18-34288
        Chapter 13
    Proceeding: Trustee Default Certification
    Hearing Date: To Be Determined

Dear Judge Sherwood:

    Please accept this letter in opposition to the above matter.

    The certification states debtor is $662 in arrears through May with the trustee. This appears to be correct. We have been unable to make contact with the debtor in order to file a formal response to the matter and the deadline to respond is Friday. My office will be short staffed for the remainder of the week so it appears that we will likely not be able to file formal opposition to the matter in time.

    Therefore, I would request that the court schedule a hearing on the matter.

                Respectfully submitted,

                /S/ HERBERT B. RAYMOND, ESQ.
                -------------------------------
                HERBERT B. RAYMOND, ESQ.