Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−34288−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Teodoro F Arocho Jr.
   aka Teodoro F Arocho− Ramos, aka Ted F
   Arocho, aka Teodoro F Arocho
   35 Adelphi Trail
   Hopatcong, NJ 07843

Social Security No.:
   xxx−xx−8378

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/15/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 15, 2021
JAN: zlh

                         Jeanne Naughton
                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Teodoro F Arocho, Jr.  
    Debtor

Case No. 18-34288-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 7  
Date Rcvd: Nov 15, 2021     Form ID: 148     Total Noticed: 152

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teodoro F Arocho, Jr., 35 Adelphi Trail, Hopatcong, NJ 07843-1766 |
| 517915712 | + | Aarons Sales and Lease Ownership, 295 US Highway #46, Rockaway, NJ 07866-3823 |
| 517915713 | + | Cablevision, PO Box 9202, Uniondale, NY 11555-9202 |
| 517915725 | + | Cenlar, P0 Box 77404, Ewing, NJ 08628-6404 |
| 517915726 | + | Cenlar Loan Administration and Reporting, PO Box 77409, Ewing, NJ 08628-6409 |
| 517915738 | + | EZ Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 517915740 | + | Faloni and Associates, 165 Passaic Avenue, Suite 301B, Fairfield, NJ 07004-3592 |
| 517915741 | + | Faloni and Associates PC, 165 Passaic Avenue, Suite 301B, Fairfield, NJ 07004-3592 |
| 517915742 | + | First Energy Solutions Group, PO Box 3622, Akron, OH 44309-3622 |
| 517915743 | + | First Home Bank, 1441 L Street Nw, Washington, DC 20416-0001 |
| 517915752 | + | Greentrust Cash LLC, PO Box 340, Hays, MT 59527-0340 |
| 517915756 | + | JCPL, PO Box 16001, Reading, PA 19612-6001 |
| 517915757 | + | JCPL, PO Box 188, Allenhurst, NJ 07711-0188 |
| 517915755 | ++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688 address filed with court:, JCPL, 300 Madison Avenue, Morristown, NJ 07960 |
| 518010936 | + | Jersey Central Power & Light/FirstEnergy, 101 Crawford's Corner Rd Bldg, #1 Suite 1-511, Holmdel, NJ 07733-1980 |
| 517915761 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 517915758 | + | Kessler, P0 Box 827832, Philadelphia, PA 19182-7832 |
| 517915772 | + | Lyons, Doughty , & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 517915771 | + | Lyons, Doughty , & Veldhuis, PC, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 517915773 | | Majestic Lake Financial, 635 East Highway 20, K, Upper Lake, CA 95485 |
| 517915780 | | NJ EZ Pass Violation Processing Center, P0 Box 52005, Newark, NJ 07101-8205 |
| 517915739 | ++ | NJ EZPASS, ATTN NJ EZPASS/ MARISOL ALVARADO, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562 address filed with court:, EZ Pass, NJ Service Center, 375 McCarter Highway, Newark, NJ 07114 |
| 518622892 | | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 518033098 | | NewRez Mortgage LLC d/b/a Shellpoint Mtg Servicing, NewRez LLC DBA Shellpoint Mortgage Servi, PO Box 10826, Greenville SC 29603-0826 |
| 518616820 | + | Newrez LLC D/B/A Shellpoint Mortgage Servicing, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 517915790 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 517915781 | + | Portfolio Recovery, P0 Box 41021, Norfolk, VA 23541-1021 |
| 517915793 | + | Remex, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915794 | + | Remex , Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915800 | + | Remex, Inc., PO Box 457, Rocky Hill, NJ 08553-0457 |
| 517915803 | + | Rent-A-Center, 14 Bassett Highway, Suite 16, Dover, NJ 07801-3902 |
| 517915804 | + | Resurgent, PO Box 1410, Troy, MI 48099-1410 |
| 517915810 | + | Saint Clare's Health System, PO Box 35577, Newark, NJ 07193-5577 |
| 517915812 | + | Saint Clares Hospital, PO Box 35577, Newark, NJ 07193-5577 |
| 517915811 | + | Saint Clares Hospital, 25 Pocno Road, Denville, NJ 07834-2954 |
| 517915814 | + | Shellpoint Mortgage, 55 Beattie Place, Greenville, SC 29601-2165 |
| 517915815 | + | Shellpoint Mortgage, PO Box 740039, Cincinnati, OH 45274-0039 |
| 517915816 | + | Shellpoint Mortgage Service, 55 Beattie Place Ste 110, Greenville, SC 29601-5115 |
| 517915817 | + | Shellpoint Mortgage Service LLC, PO Box 10826, Greenville, SC 29603-0826 |
| 517915818 | + | Shellpoint Mortgage Service LLC Company, PO Box 10826, Greenville, SC 29603-0826 |
| 517915829 | + | Small Business Administration, 200 W Santa Ana Blvd., Ste 700, Santa Ana, CA 92701-7545 |

| District/off: 0312-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: 148 | Total Noticed: 152 |

| | | |
|---|---|---|
| 517915832 | + | Spotloan, PO Box 720, Belcourt, ND 58316-0720 |
| 517915831 | + | Spotloan, PO Box 927, Palatine, IL 60078-0927 |
| 517915839 | + | Summit Medical Group, PO Box 1005, Summit, NJ 07902-1005 |
| 517915842 | + | Summit Medical Group, P0 Box 167, Newark, NJ 07101-0167 |
| 517915841 | + | Summit Medical Group, PO Box 8549, Belfast, ME 04915-8549 |
| 517915840 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 517915853 | | TD bank, PO Box 84037, Fortson, GA 31808 |
| 517915855 | + | U.S. Department of the Treasury, 3700 East West Highway, Hyattsville, MD 20782-2092 |
| 517915856 | | US Dept of Treasury, PO Box 83074, Birmingham, AL 35283 |
| 517915857 | + | US Dept. of Treasury, 3700 E West Hwy, Room 600B, Hyattsville, MD 20782-2015 |
| 517915860 | + | VBS Amplify Funding, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 517915862 | + | We Florida Financial, Po Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 53

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 15 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 15 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Nov 16 2021 01:28:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517915710 | + | EDI: AAEO.COM | Nov 16 2021 01:28:00 | Aaron's, 3636 Virginia Beach Blvd., #107A, Virginia Beach, VA 23452-3400 |
| 517915711 | + | EDI: AAEO.COM | Nov 16 2021 01:28:00 | Aarons Rental Purchase, 846 Saxton Blvd., Orange City, FL 32763-8213 |
| 517915719 | | EDI: CAPITALONE.COM | Nov 16 2021 01:28:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517915721 | | EDI: CAPITALONE.COM | Nov 16 2021 01:28:00 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517915723 | | EDI: CAPITALONE.COM | Nov 16 2021 01:28:00 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 517915714 | + | Email/Text: bcwrtoff@cablevision.com | Nov 15 2021 20:29:00 | Cablevision, 1101 Stewart Avenue, Bethpage, NY 11714-3580 |
| 517915715 | + | Email/Text: bcwrtoff@cablevision.com | Nov 15 2021 20:29:00 | Cablevision, P0 Box 371378, Pittsburgh, PA 15250-7378 |
| 517915717 | + | Email/Text: bcwrtoff@cablevision.com | Nov 15 2021 20:29:00 | Cablevision, PO Box 371897, Pittsburgh, PA 15250-7897 |
| 517915716 | | Email/Text: bcwrtoff@cablevision.com | Nov 15 2021 20:29:00 | Cablevision, 6 Corporate Drive, Melville, NY 11747 |
| 517915718 | + | EDI: CAPITALONE.COM | Nov 16 2021 01:28:00 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 517915720 | + | EDI: CAPITALONE.COM | Nov 16 2021 01:28:00 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517915722 | + | EDI: CAPITALONE.COM | Nov 16 2021 01:28:00 | Capital One Bank, PO Box 70884, Charlotte, NC 28272-0884 |
| 517915724 | + | EDI: CAPITALONE.COM | Nov 16 2021 01:28:00 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517981745 | | EDI: BL-BECKET.COM | Nov 16 2021 01:28:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517915727 | + | EDI: CONVERGENT.COM | | |

| District/off: 0312-2 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: 148 | Total Noticed: 152 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 517915728 | + | EDI: CONVERGENT.COM | Nov 16 2021 01:28:00 | Convergant Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 517915729 | + | EDI: CONVERGENT.COM | Nov 16 2021 01:28:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, P0 Box 9004, Renton, WA 98057-9004 |
| 517915732 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 16 2021 01:28:00 | Convergent Outsourcing, Inc., 800 Sw 39th St, Renton, WA 98057-4927 |
| 517915730 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2021 20:37:02 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 517915731 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2021 20:37:02 | Credit One Bank, P0 Box 98872, Las Vegas, NV 89193-8872 |
| 517915735 | | EDI: DISCOVER.COM | Nov 15 2021 20:37:02 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517915737 | | EDI: DISCOVER.COM | Nov 16 2021 01:28:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 517915734 | | EDI: DISCOVER.COM | Nov 16 2021 01:28:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 517915733 | | EDI: DISCOVER.COM | Nov 16 2021 01:28:00 | Discover, PO Box 5019, Sandy, UT 84091-5019 |
| 517925743 | | EDI: DISCOVER.COM | Nov 16 2021 01:28:00 | Discover, PO Box 5044, Sandy, UT 84091-5044 |
| 517915736 | + | EDI: DISCOVER.COM | Nov 16 2021 01:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517915744 | + | Email/Text: Bankruptcies@FirstHomeBank.com | Nov 16 2021 01:28:00 | Discover Financial, P0 Box 3025, New Albany, OH 43054-3025 |
| 517915749 | + | EDI: AMINFOFP.COM | Nov 15 2021 20:29:00 | First Home Bank, Attn: Deposit Operations, 9190 Seminole Blvd, Seminole, FL 33772-3148 |
| 517915748 | | EDI: AMINFOFP.COM | Nov 16 2021 01:28:00 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 517915747 | + | EDI: AMINFOFP.COM | Nov 16 2021 01:28:00 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 517915745 | + | EDI: AMINFOFP.COM | Nov 16 2021 01:28:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517915753 | + | Email/Text: lori.rudolph@atlantichealth.org | Nov 16 2021 01:28:00 | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 517915759 | + | Email/Text: SM-Rehab-Bankruptcies@selectmedical.com | Nov 15 2021 20:29:00 | Hackettstown Regional Medical Center, 651 Willow Grove Street, Hackettstown, NJ 07840-1797 |
| 517915760 | + | Email/Text: SM-Rehab-Bankruptcies@selectmedical.com | Nov 15 2021 20:29:00 | Kessler, P0 Box 827914, Philadelphia, PA 19182-7914 |
| 517915764 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2021 20:29:00 | Kessler Institute for Rehabilitation, 1199 Pleasant Valley Way, West Orange, NJ 07052-1499 |
| 517915763 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2021 20:29:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 517915765 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2021 20:29:00 | Kohl's, PO Box 3004, Milwaukee, WI 53201-3004 |
| 517915766 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2021 20:29:00 | Kohls /Capital One, P0 Box 3115, Milwaukee, WI 53201-3115 |
| 517915768 | | Email/Text: krivera@leadersfc.com | Nov 15 2021 20:29:00 | Kohls/Capital One, Kohls Credit, P0 Box 3120, Milwaukee, WI 53201-3120 |
| 517931628 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2021 20:29:00 | Leaders Financial Company, 21 Commerce Drive Floor 1, Cranford, NJ 07016 |
| | | | Nov 15 2021 20:37:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0312-2 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: 148 | Total Noticed: 152 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517915770 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2021 20:37:12 | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 517915769 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2021 20:37:03 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, P0 Box 10497, Greenville, SC 29603-0497 |
| 517915767 | + | Email/Text: krivera@leadersfc.com | Nov 15 2021 20:29:00 | Leaders Financial, 21 Commerce Drive, Cranford, NJ 07016-3519 |
| 517915776 | + | EDI: MID8.COM | Nov 16 2021 01:28:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 517915777 | + | EDI: MID8.COM | Nov 16 2021 01:28:00 | Midland Funding, Attn: Bankruptcy, P0 Box 939069, San Diego, CA 92193-9069 |
| 517915774 | + | EDI: MID8.COM | Nov 16 2021 01:28:00 | Midland Funding, 2365 Northside Drive Ste 300, San Diego, CA 92108-2709 |
| 517915775 | + | EDI: MID8.COM | Nov 16 2021 01:28:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517915778 | + | EDI: MID8.COM | Nov 16 2021 01:28:00 | Midland Funding, P0 Box 2001, Warren, MI 48090-2001 |
| 518001025 | + | EDI: MID8.COM | Nov 16 2021 01:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517915739 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 15 2021 20:29:00 | EZ Pass, NJ Service Center, 375 McCarter Highway, Newark, NJ 07114 |
| 517915782 | | EDI: PRA.COM | Nov 16 2021 01:28:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 517915784 | | EDI: PRA.COM | Nov 16 2021 01:28:00 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 517915783 | | EDI: PRA.COM | Nov 16 2021 01:28:00 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 518035262 | | EDI: PRA.COM | Nov 16 2021 01:28:00 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517915786 | | Email/Text: signed.order@pfwattorneys.com | Nov 15 2021 20:29:00 | Pressler And Pressler, Attorneys, 7 Entin Road, Parsippany, NJ 07054 |
| 517915787 | | Email/Text: signed.order@pfwattorneys.com | Nov 15 2021 20:29:00 | Pressler, Felt, & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 517915789 | | Email/Text: signed.order@pfwattorneys.com | Nov 15 2021 20:29:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 517915792 | + | Email/Text: bankruptcy@pseg.com | Nov 15 2021 20:29:00 | PSEG, PO Box 490, Cranford, NJ 07016-0490 |
| 517915791 | | Email/Text: bankruptcy@pseg.com | Nov 15 2021 20:29:00 | PSEG, PO Box 790, Cranford, NJ 07016-0790 |
| 517915785 | + | EDI: PRA.COM | Nov 16 2021 01:28:00 | Portfolio Recovery Associates, L.L.C., PO Box 12914, Norfolk, VA 23541-0914 |
| 517950735 | + | EDI: JEFFERSONCAP.COM | Nov 16 2021 01:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517915807 | + | EDI: RMCB.COM | Nov 16 2021 01:28:00 | RMCB, PO Box 1234, Elmsford, NY 10523-0934 |
| 517915808 | + | EDI: RMCB.COM | Nov 16 2021 01:28:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 517915809 | + | EDI: RMCB.COM | Nov 16 2021 01:28:00 | RMCB Collections, 2269 South Sawmill River Rd., Bldg. 3, Elmsford, NY 10523-3848 |
| 517915801 | + | Email/Text: bankruptcy@rentacenter.com | Nov 15 2021 20:29:00 | Rent A Center, 5501 Headquarters Drive, Plano, TX 75024-5845 |
| 517915805 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 18-34288-JKS    Doc 118    Filed 11/17/21    Entered 11/18/21 00:14:52    Desc
Imaged Certificate of Notice    Page 6 of 8

| District/off: 0312-2 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: 148 | Total Noticed: 152 |

| | | | |
|---|---|---|---|
| 517915806 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2021 20:37:03 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 517915813 | + Email/Text: birminghamtops@sba.gov | Nov 15 2021 20:37:03 | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 517915835 | EDI: AISSPRINT | Nov 15 2021 20:29:20 | SBA, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 517915836 | EDI: AISSPRINT | Nov 16 2021 01:28:00 | Sprint, 6360 Sprint Parkway, Overland Park, KS 66251 |
| 517915833 | EDI: AISSPRINT | Nov 16 2021 01:28:00 | Sprint, PO Box 219554, Kansas City, MO 64121 |
| 517915837 | EDI: AISSPRINT | Nov 16 2021 01:28:00 | Sprint, PO Box 62071, Baltimore, MD 21264 |
| 517915838 | EDI: AISSPRINT | Nov 16 2021 01:28:00 | Sprint Customer Service, P0 Box 8077, London, KY 40742 |
| 517915819 | + Email/Text: clientservices@simonsagency.com | Nov 16 2021 01:28:00 | Sprint PCS, PO Box 105243, Atlanta, GA 30348 |
| 517915820 | + Email/Text: clientservices@simonsagency.com | Nov 15 2021 20:29:00 | Simons Agency, Attn: Bankruptcy, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915821 | + Email/Text: clientservices@simonsagency.com | Nov 15 2021 20:29:00 | Simons Agency Inc, 3713 Brewerton Road Ste 1, Syracuse, NY 13212-3843 |
| 517915830 | + Email/Text: birminghamtops@sba.gov | Nov 15 2021 20:29:00 | Simons Agency Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915846 | + EDI: RMSC.COM | Nov 15 2021 20:29:13 | Small Business Adminstration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 517915849 | + EDI: RMSC.COM | Nov 16 2021 01:28:00 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 517915847 | + EDI: RMSC.COM | Nov 16 2021 01:28:00 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 517915848 | + EDI: RMSC.COM | Nov 16 2021 01:28:00 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 517915845 | + EDI: RMSC.COM | Nov 16 2021 01:28:00 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517915844 | + EDI: RMSC.COM | Nov 16 2021 01:28:00 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 517915843 | + EDI: RMSC.COM | Nov 16 2021 01:28:00 | Synchrony Bank, Attn: Bankruptcy Dept., P0 Box 965060, Orlando, FL 32896-5060 |
| 517918796 | + EDI: RMSC.COM | Nov 16 2021 01:28:00 | Synchrony Bank, Attn: Bankruptcy Dept., P0 Box 965061, Orlando, FL 32896-5061 |
| 517915851 | + EDI: RMSC.COM | Nov 16 2021 01:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517915852 | EDI: TDBANKNORTH.COM | Nov 16 2021 01:28:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517915854 | EDI: TDBANKNORTH.COM | Nov 16 2021 01:28:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 517915858 | + Email/Text: birminghamtops@sba.gov | Nov 16 2021 01:28:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 517915859 | + Email/Text: birminghamtops@sba.gov | Nov 15 2021 20:29:20 | US Small Business Adminisration, Birmingham Disaster Loan Servicing Ctr, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 517915861 | Email/Text: collections@wefloridafinancial.com | Nov 15 2021 20:29:20 | US Small Business Administration, 801 Tom Martin Drive, Birmingham, AL 35211-6424 |
| | | Nov 15 2021 20:29:00 | We Florida Financial, Attn: Bankruptcy, Po Box 14548, Fort Lauderdale, FL 33302 |

Case 18-34288-JKS    Doc 118    Filed 11/17/21    Entered 11/18/21 00:14:52    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0312-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: 148 | Total Noticed: 152 |

| 517915863 | EDI: WFFC.COM | | | |
| --- | --- | --- | --- | --- |
| | | | Nov 16 2021 01:28:00 | Wells Fargo, P0 Box 10438, Des Moines, IA 50306 |
| 517915865 | EDI: WFFC.COM | | | |
| | | | Nov 16 2021 01:28:00 | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |
| 517915864 | + | EDI: WFFC.COM | | |
| | | | Nov 16 2021 01:28:00 | Wells Fargo Bank, 7000 Vista Drive, West Des Moines, IA 50266-9310 |
| 517915866 | + | EDI: WFFC.COM | | |
| | | | Nov 16 2021 01:28:00 | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 517915867 | EDI: WFFC.COM | | | |
| | | | Nov 16 2021 01:28:00 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 517915868 | + | EDI: WFFC.COM | | |
| | | | Nov 16 2021 01:28:00 | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |

TOTAL: 100

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | NewRez LLC d/b/a Shellpoint Mortgage Servicing, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517915751 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517915750 | *+ | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517915746 | *+ | First Premier Bank, Attn: Bankruptcy, P0 Box 5524, Sioux Falls, SD 57117-5524 |
| 517915754 | *P++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688, address filed with court:, JCPL, PO Box 3687, Akron, OH 44309 |
| 517915779 | *+ | Midland Funding Co. Inc., 2365 Northside Drive Ste 30, San Diego, CA 92108-2709 |
| 517915788 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 517915797 | *+ | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915798 | *+ | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915799 | *+ | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915795 | *+ | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915796 | *+ | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517915802 | *+ | Rent A Center Inc., 5501 Headquarters Drive, Plano, TX 75024-5845 |
| 517915834 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Sprint, PO Box 530503, Atlanta, GA 30353 |
| 517915822 | *+ | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915823 | *+ | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915824 | *+ | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517915825 | *+ | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517915826 | *+ | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517915827 | *+ | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517915828 | *+ | Simons Agency, Incorporated, Attn: Bankruptcy, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517915850 | *+ | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 517915762 | ##+ | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 22 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-2 | User: admin | Page 7 of 7
Date Rcvd: Nov 15, 2021 | Form ID: 148 | Total Noticed: 152

Date: Nov 17, 2021           Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Denise E. Carlon
on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Herbert B. Raymond
on behalf of Debtor Teodoro F Arocho Jr. herbertraymond@gmail.com, raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Kevin Gordon McDonald
on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Melissa N. Licker
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com

Shauna M Deluca
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@raslg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7